# Exhibit A

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------- x
                                 :    Index No.

SALONCLICK, LLC, d/b/a MIN NEW YORK,
                      Plaintiff,:   **SUMMONS**
                                  Plaintiff designates New York County as
        v.              :    the place of trial.

SUPEREGO MANAGEMENT LLC and MINDY  :    The basis of the venue is Plaintiff's
YANG,                            Place of Business
                               :
                Defendants.   Plaintiff's Principal Place of Business is
                             :    at 117 Crosby Street, New York, NY
------------------------------------------------------- x  10012.

To the above named Defendants

    **YOU ARE HEREBY SUMMONED** to answer the Complaint in this action and to serve
a copy of your answer, or, if the Complaint is not served with this summons, to serve a notice of
appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons,
exclusive of the date of service (or within 30 days after the service is complete if this summons is
not personally delivered to you within the State of New York); and in case of your failure to
appear or answer, judgment will be taken against you by default for the relief demanded in the
Complaint.

Dated:   New York, New York
         March 14, 2016

                                 PHILLIPS NIZER LLP
                                 *Attorneys for Plaintiff*

                               By: _____
                                 Thomas G. Jackson
                                 Elizabeth A. Adinolfi
                        Office and Post Office Address
                        666 Fifth Avenue
                        New York, NY 10103-0084

Defendants' addresses:

SUPEREGO MANAGEMENT LLC
401 Park Avenue South, 10th Fl.
New York, NY 10016

MINDY YANG
401 Park Avenue South, 10th Fl.
New York, NY 10016

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

---------------------------------------------------------------- x

                             :   Index No.

SALONCLICK, LLC, d/b/a MIN NEW YORK,
                           Plaintiff,:

             v.              :      **COMPLAINT**

SUPEREGO MANAGEMENT LLC and MINDY  :
YANG,

                            :

                  Defendants.

                            :

---------------------------------------------------------------- x

The Plaintiff, SALONCLICK LLC, d/b/a MIN NEW YORK ("MiN NY"), by its attorneys, Phillips Nizer LLP, for its Complaint against Defendants SUPEREGO MANAGEMENT LLC ("Superego") and MINDY YANG ("Yang"), alleges as follows:

    1.     This is an action for replevin, conversion, trademark infringement, unfair competition, deceptive business practices, trespass, destruction of property, and breach of fiduciary duty.

    2.     MiN NY is a limited liability company duly organized and existing under the laws of the State of Pennsylvania.  MiN NY maintains a principal place of business at 117 Crosby Street, New York, NY 10012, in New York County.

    3.     MiN NY is an innovative manufacturer, distributor, retailer and curator that specializes in formulating and identifying exceptional fragrance and grooming products for both men and women.

    4.     Upon information and belief, Superego is a limited liability company duly organized and existing under the laws of the State of New York and maintains a principal place of business at 401 Park Avenue South, 10th Floor, New York, NY 10016.

5.     Upon information and belief, Superego is in the business of providing marketing and graphic design consulting services.

6.     Upon information and belief, Yang is the sole owner of Superego and is a citizen of the State of New York.

7.     Plaintiff Salonclick LLC was founded by Chad Murawczyk ("Murawczyk ") in 1999, and at all times he has been the sole owner.  Salonclick has done business as "MiN New York", which is a play on the phrase, "A New York Minute" since 1999. Through MiN NY, Murawczyk manufactured hair color, hair care and skin care products under the "MiN New York" brand name.  MiN NY sold to salons, spas and directly to consumer.  One of the domain names the company purchased and utilized was mensgroomingessentials.com.

8.     In 2008, MiN NY opened its flagship store in SoHo.  Since opening the store, MiN NY has used the tagline "The Art of Living" to create the correct "brand umbrella" for all of the different products sold at the shop.  In addition to its own products, MiN NY also sells unique, difficult to find perfumes and fragrance products from independent perfumeries around the world.

9.     MiN NY was in need of assistance with graphic design, public relations, and marketing, particularly social media.  Murawczyk knew Yang socially and knew that she did the kind of consulting work MiN NY was seeking through her company, Superego.

10.     MiN NY retained Superego as an independent contractor.  Superego was paid for all of Yang's work and 1099s were issued to Superego.  At no point in time did Yang or Superego have any ownership interest in MiN NY.

11.     Through Superego, Yang performed various tasks for MiN NY related to graphic design, marketing, assistance with public events, and administrative support as needed.  On

average, she spent 15 to 20 hours a week on work for MiN NY.  She was not restricted from

working for anyone else, or on her own projects.  She was not required to work any set hours,

nor was she required to physically be at MiN NY's office.  She often worked remotely, meaning

she had access to MiN NY's computer systems and online accounts, access she has now used to

damage MiN NY and benefit her own enterprise, TheArtOfLiving.Earth, which, upon

information and belief, is described as an online store "dedicated to supporting gifted

individuals, artisans and small businesses from around the world, especially in developing

countries."

12.     Over time, MiN NY began having problems with both Yang's attitude and her

work, particularly her lack of cooperation, refusal to take direction, and inability to complete

tasks as directed.   It seemed that she was more interested in promoting herself than in promoting

MiN NY and its brands; and that she was trying to make herself, and her image, part of the

product.

13.     In December of 2015, Murawczyk decided that Superego's services were no

longer needed, and when he told Yang that MiN NY was no longer going to be utilizing her

services, it at first appeared that the parting had gone smoothly.  Upon information and belief,

Yang left New York City and went to California for about four weeks.

14.     By early January, MiN NY had retained another consultant to perform the work

Yang had handled previously.

15.     In January of 2016, Murawczyk received a phone call from Yang asking, "Am I

coming back or not?" He told her that she was not.  Subsequently, Yang began to use her access

to MiN NY's social media accounts and online accounts to damage MiN NY and benefit her own

enterprise.

16.     In 2014, MiN NY introduced its house brand of perfumes called "Scent Stories." Yang had no more role in the creation of these scents than anyone else at MiN NY who would smell them and offer their opinions on the scent.

17.     Since 2014, Scent Stories has been a trademark registered and owned by MiN NY, Federal Registration Number, 4620007, Exhibit A.

18.     Since at least 2007, MiN NY has also used the phrase "The Art of Living" as a tagline. It hangs on a banner outside of MiN NY's store. It is used on MiN NY's packaging and in advertising. It is also used on MiN NY's website.

19.     MiN NY owns the Twitter account @ScentStories and controlled the account up until approximately two weeks ago when, upon information and belief, Yang seized control of the account. Upon information and belief, Yang was able to do this because, when the Twitter account was created, without MiN NY's knowledge or consent, Yang used her personal email account instead of her MiN NY account. This account was linked with other social media accounts owned and controlled by MiN NY, such as its Instagram account, and the account was set up so that postings on other social media would automatically get sent out over Twitter as well. Now MiN NY no longer has access to its Twitter account and is unable to post to the @ScentStories account.

20.     Upon information and belief, Yang has now taken over this Twitter account, as is evidenced by Exhibit B. She has added her website, mindyyang.info, to the Twitter page, and added the text "Limited Editions of Olfactory Art potions that transcend time and space. By Mindy Yang for MiN New York," thereby falsely promoting herself as the creator of MiN NY's products and using the MiN NY name to falsely promote her business and falsely imply that MiN NY is associated with or endorses Yang and her business.

21.     Upon information and belief, she is also using the @ScentStories Twitter account to divert Plaintiff's customers, current and prospective, to her websites and her new business. The first Exhibit B entry, dated March 3, 2016, shows Yang responding to a MiN NY customer's tweet telling the customer to write to hello@TheArtOfLiving.Earth for invitations to special events. Given MiN NY's longstanding use of the tagline "The Art of Living", a customer would expect that this email address is part of or affiliated with MiN NY. Instead, upon information and belief, it is the email for Yang's new online business, www.theartofliving.earth.

22.     Upon information and belief, in the next Exhibit B entry, Yang responds to a tweet from Spitzenhaus, one of MiN NY's European retailers, and tweets a link to her Twitter account, @godolcevita.com, upon information and belief Yang's personal Twitter account.

23.     MiN NY has been unable to regain control of the @ScentStories Twitter account. All efforts have been thwarted because Twitter sends a confirmation code that must be entered to regain control of the account. However, upon information and belief, Yang changed the email address on file with Twitter so all codes are sent to her, and not to MiN NY.

24.     Upon information and belief, Yang has seized control of other MiN NY social media assets. The website www.newyorkheart.org, and its corresponding Facebook page, is a social media vehicle that Murawczyk created to communicate information about poaching of ivory. While anti-poaching advocacy is a personal project for Murawczyk, he has affiliated his advocacy efforts with MiN NY in order to promote MiN NY as a socially responsible and concerned business. MiN New York has hosted events by one of the leading elephant experts, Andrea Turkalo, and others involved in anti-poaching efforts. New York Heart's Facebook page was used for the same social messaging.

25.     Mindy Yang had administrative access to both the website and the Facebook page because she helped with social media.  Upon information and belief, she has now locked the company out and is now posting on New York Heart's Facebook and including the website of her new business TheArtOfLiving.Earth in posts to drive people to her business. *See* Exhibit C.

26.     Upon information and belief, Yang seized the MiN NY newyorkheart.org domain name and has connected it to her business domain, theartofliving.earth.  This means if someone tries to go to www.newyorkheart.org's website, they are instantly redirected to Yang's www.theartofliving.earth website.

27.     Upon information and belief, Yang has done the same thing with MiN NY's domain name, inventoryofexperiences.com.  This domain was purchased and developed by MiN NY to support a marketing campaign for new fragrances being introduced to the Scent Stories line.  Yang worked on this project, and it was her poor performance in executing her work for this project that finally led MiN NY to terminate its use of Superego's services.  Anyone who now enters this website address in their browser, or clicks on a preexisting link is directed to a page that states that it is curated by Mindy Yang and contains a link, not to MiN NY's website, as was the original intent of the webpage's design, but to Yang's www.theartofliving.earth website.  See Exhibit D.  Yang's seizure of this domain has impaired MiN NY's ability to launch this new marketing campaign.

28.     Long before Yang performed any work for MiN NY, MiN NY owned and operated the website www.mensgroomingessentials.com.  For a brief period, Yang had also redirected this domain so that when someone entered this website address in their browser, or clicked on a preexisting link, they would be instantly redirected to her www.theartofliving.earth website.  MiN NY was able to regain control of this website; however, upon information and

belief, when Yang discovered that she no longer had control of it, Yang created the domain name mensgroomingessentials.earth, which redirects users to the www.theartofliving.earth website.

29.     MiN NY tried to regain control of these domains, all of which were registered through GoDaddy, the world's largest publicly traded and accredited internet domain registrar and web hosting company.  Murawczyk contacted GoDaddy and verified the complete credit card number and company billing information in order to become a verified user on the accounts. However, because Yang handled MiN NY's social media accounts, she was permitted to and directed by MiN NY to purchase some of these domains using her MiN NY corporate credit card.  Upon information and belief Yang has now put a secondary security passcode on the accounts.  Because Murawczyk does not know that passcode and so cannot provide it to GoDaddy.com, they will not restore MiN NY's access to the accounts or provide any information about the accounts.

30.     Upon information and belief, on March 10, 2016, after learning that MiN NY intended to pursue its rights in court, Yang accessed MiN NY's online file storage account with the company Dropbox.com, deleted hundreds of files, and changes the access settings, locking MiN NY out of this account as well.  These files represent hundreds of hours of work and tens of thousands of dollars of resources: product photography images, label design, design archive, and the like.  MiN NY staff and vendors used this Dropbox account for accessing file data for printing labels, distributors used it to obtain product images, photographs, etc.  Upon information and belief, the deleted files can possibly be restored, but only if MiN NY can regain access to this account before April 8, 2016.  However, MiN NY is in immediate need of these files, as they are the foundation of its business.

## FIRST CAUSE OF ACTION:
## REPLEVIN

31.     MiN NY repeats and realleges each of the allegations set forth in paragraphs 1

through 30 hereof with the same force and effect as if fully set forth herein.

32.     Yang has wrongfully, without authority or permission, taken MiN NY's assets, to

whit, the computer files in MiN NY's Dropbox, the MiN NY Dropbox account, the

@ScentStories Twitter account, the inventoryofexperiences.com domain name, the

newyorkheart.org domain name, and the New York Heart Facebook page.

33.     Accordingly, as the true owner of these assets, MiN NY is entitled to a judgment

and order requiring Defendants to return all of MiN NY's assets.

## SECOND CAUSE OF ACTION:
## CONVERSION

34.     MiN NY repeats and realleges each of the allegations set forth in paragraphs 1

through 33 hereof with the same force and effect as if fully set forth herein.

35.     Yang has wrongfully, without authority or permission, taken MiN NY's assets, to

whit, the computer files in MiN NY's Dropbox, the MiN NY Dropbox account, the

@ScentStories Twitter account, the inventoryofexperiences.com domain name, the

newyorkheart.org domain name, and the New York Heart Facebook page, and converted them

for her own use.

36.     Accordingly, Defendants are indebted to MiN NY in an amount to be determined

at trial.

## THIRD CAUSE OF ACTION:
## TRADEMARK INFRINGEMENT

37.     MiN NY repeats and realleges each of the allegations set forth in paragraphs 1
through 36 hereof with the same force and effect as if fully set forth herein.

38.     Since 2014, MiN NY continuously has used its registered trademark "Scent
Stories" in interstate commerce, to identify the MiN NY line of fragrance products and to
distinguish them from others by prominently displaying the "Scent Stories" trademark on its
packaging, advertising and promotional literature, display materials and other such items, and
websites and social media.  Through such use, the "Scent Stories" trademark has acquired a
strong consumer awareness and secondary meaning.

39.     Upon information and belief, Defendants intentionally have infringed the "Scent
Stories" trademark by seizing control of MiN NY's Twitter account, @ScentStories, and using it
for their own purposes.

40.     The use of the "Scent Stories" trademark by Defendants is without permission or
authority of MiN NY.  The infringing use of the "Scent Stories" trademark is likely to be
confusing to consumers, leading them to believe erroneously that they are dealing with MiN NY,
or a company affiliated with MiN NY, when they are instead dealing with Defendants.

41.     Defendants' use of the "Scent Stories" trademark is likely to deceive and cause
confusion and mistake as to the source of defendants' goods in that purchasers and potential
purchasers thereof are likely to associate those products as originating with, having been
designed by, manufactured by, sponsored by, licensed by, authorized by, or otherwise affiliated
with MiN NY, all to the detriment of MiN NY.

42.     Defendants' conduct as alleged herein constitutes trademark infringement in violation of Section 32(1) of the Lanham Act, 15 U.S.C. § 1114(1).

43.     As a direct and proximate result of Defendants' willful and wanton actions and conduct MiN NY has been injured and will continue to suffer irreparable injury to its business and reputation unless Defendants are restrained by this Court from infringing the "Scent Stories" trademark.

44.     MiN NY has no adequate remedy at law.

**FOURTH CAUSE OF ACTION**
**INFRINGEMENT OF**
**COMMON LAW TRADEMARK RIGHTS**

45.     MiN NY repeats and realleges each of the allegations set forth in paragraphs 1 through 44 hereof with the same force and effect as if fully set forth herein.

46.     MiN NY has common law trademark rights in the marks "Scent Stories", "The Art of Living", "Art of Living", "Men's Grooming Essentials", and "New York Heart".  As a result, Defendants' use of these marks constitutes an infringement of MiN NY's exclusive common law rights in and to the marks in that such use is likely to cause confusion, deception and mistake in the minds of the public with respect to the origin, source and affiliation of the Defendants' business and products.

47.     Defendants' use of the marks and the other conduct set out above has been and continues to be an infringement of MiN NY's rights in and to the marks, and the common law rights accorded MiN NY by virtue of its prior use of the marks.

48.     Defendants' conduct as alleged herein constitutes common law trademark infringement.

49.     As a direct and proximate result of Defendants' willful and wanton actions and conduct, MiN NY has been injured and will continue to suffer irreparable injury to its business and reputation unless Defendants are restrained by this Court from using the marks, and restrained from otherwise falsely designating, representing and describing their products as those of, sponsored by, licensed by, authorized by, or otherwise emanating from MiN NY.

50.     MiN NY has no adequate remedy at law.

## FIFTH CAUSE OF ACTION
## COMMON LAW UNFAIR COMPETITION

51.     MiN NY repeats and realleges, as if fully set forth herein, the allegations of paragraphs 1 through 50, above.

52.     The aforesaid use by Defendants of the marks "Scent Stories", "The Art of Living", "Art of Living", "Men's Grooming Essentials", and "New York Heart", their false statements of relationship to or affiliation with MiN NY, and their other conduct set out above falsely suggests an association with, sponsorship by, or authorization by MiN NY.

53.     Upon information and belief, the aforesaid use by Defendants of the marks "Scent Stories", "The Art of Living", "Art of Living", "Men's Grooming Essentials", and "New York Heart", their false statements of relationship to or affiliation with MiN NY, and their other conduct as set out above were calculated to deceive or confuse the public and to profit unjustly from the goodwill of MiN NY.  Defendants' actions constitute unfair competition with MiN NY under the laws of the State of New York.

54.     As a direct and proximate result of Defendants' willful and wanton actions and conduct, MiN NY has been injured and will continue to suffer irreparable injury to its business and reputation unless Defendants are restrained by this Court from using the marks, from making

false statements concerning their relationship to or affiliation with MiN NY, from the other

conduct set forth above and from infringing the common law rights of plaintiff MiN NY.

55.     MiN NY has no adequate remedy at law.

**SIXTH CLAIM FOR RELIEF**
**VIOLATION OF SECTION 360-l OF**
**THE NEW YORK GENERAL BUSINESS LAW**

56.     MiN NY repeats and realleges, as if fully set forth herein, the allegations of

paragraphs 1 through 55, above.

57.     The MiN NY marks are distinctive and have acquired secondary meaning in the

marketplace.

58.     Defendants' use of the marks, their false statements concerning their relationship

to or affiliation MiN NY, and other conduct as set forth above, have blurred the selling power of

the marks, tarnished and reduced the marks' reputation and standing in the eyes of consumers as

identifiers of MiN NY products, and diminished the marks' ability to serve as source and product

identifiers.

59.     Defendants' conduct violates Section 360-l of the New York General Business

Law.

60.     As a direct and proximate result of Defendants' willful and wanton acts and

conduct, MiN NY has been injured and will continue to suffer irreparable injury to its business

and reputation unless Defendants are restrained by this Court from further use of the marks, and

from making false statements as to their relationship to or affiliation with MiN NY, and the other

wrongful conduct in connection with the marks set out above.

61.     MiN NY has no adequate remedy at law.

## SEVENTH CLAIM FOR RELIEF
## VIOLATION OF SECTION 349 OF
## THE NEW YORK GENERAL BUSINESS LAW

62.     MiN NY repeats and realleges, as if fully set forth herein, the allegations of paragraphs 1 through 61, above.

63.     Defendants' use of MiN NY's marks, their false statements concerning their relationship to or affiliation MiN NY, and other conduct as set forth above, have misled and deceived consumers in a material way.

64.     Defendants' wrongful conduct was consumer-oriented and has harmed the public generally, and consumers of MiN NY's products in particular.

65.     Defendants' wrongful conduct was likely to mislead a reasonable consumer acting reasonably under the circumstances.

66.     Defendants have knowingly, willfully, maliciously and intentionally engaged in deceptive acts and practices in the conduct of business, trade or commerce in the State of New York, in violation of New York General Business Law ("GBL") § 349.

67.     By reason of Defendants' violation of GBL § 349, Plaintiff has been damaged by the loss of its business reputation and good will.

68.     The harm to Plaintiff is irreparable, continuing and not fully compensable by money damages.

69.     Defendants' wrongful acts will continue to cause damage and irreparable injury to Plaintiff unless enjoined by this Court.

70.     Pursuant to GBL § 349, Plaintiff may recover its damages, plus attorneys' fees, and may obtain an injunction enjoining the deceptive practice.

## EIGHTH CLAIM FOR RELIEF
### TRESPASS

71.     MiN NY repeats and realleges, as if fully set forth herein, the allegations of paragraphs 1 through 70, above.

72.     Defendants have, without authorization, accessed multiple computer services which rightly belong to MiN NY, including MiN NY's Dropbox account, New York Heart Facebook account, @ScentStories Twitter account, and GoDaddy.com account.

73.     Defendants conduct violates numerous provisions of New York Penal law Article 156, including: 156.05  Unauthorized use of a computer; 156.10  Computer trespass; 156.20 Computer tampering in the fourth degree; 156.25  Computer tampering in the third degree; 156.26  Computer tampering in the second degree; 156.29  Unlawful duplication of computer related material in the second degree, and 156.30  Unlawful duplication of computer related material in the first degree.

74.     Accordingly, Defendants are indebted to MiN NY in an amount to be determined at trial.

## NINTH CLAIM FOR RELIEF
### BREACH OF FIDUCIARY DUTY

75.     MiN NY repeats and realleges, as if fully set forth herein, the allegations of paragraphs 1 through 74, above.

76.     At all relevant times prior to its termination in December of 2015, Yang, through Superego, was an independent contractor for MiN NY, for which she was at all times compensated. As an independent contractor, Yang acted as MiN NY's agent, and as such owed MiN NY, the principal, fiduciary duties.

77.     By their conduct, including (a) the taking of MiN NY's computer files and destroying and denying MiN NY access to said files, (b) seizing MiN NY's social media and internet domains and websites and using them to promote Defendants' new business www.theartofliving.earth, (c) by using MiN NY's mark "The Art of Living" as a business name and domain name, (d) by falsely holding herself out as the creator and source of MiN NY's products and as associated or affiliated with MiN NY, (e) by trying to sow confusion and mislead MiN NY's customers to believe that www.theartofliving.earth is associated with MiN NY, (f) by impairing MiN NY's launch of its marketing campaign, Inventory of Experiences, for its new Scent Stories fragrances; through her conduct of seizing the inventoryofexperience.com domain and using it to redirect consumers to her websites, Defendants have breached their fiduciary duties to MiN NY.

78.     Accordingly, Yang and Superego are indebted to MiN NY in an amount to be determined at trial.

**WHEREFORE**, Plaintiff MiN NY seeks judgment as follows:

1.      Directing that Defendants:

(a)     restore control of the MiN NY Dropbox account;

(b)     return all files taken from the MiN NY Dropbox account;

(c)     restore control of the @ScentStories Twitter account to Plaintiff;

(d)     restore control of the New York Heart Facebook page to Plaintiff;

(e)     restore control of the Internet domain names newyorkheart.org and inventoryofexperiences.com to Plaintiff;

(f)     remove or rename the theartofliving.earth Instagram page and close the corresponding Instagram account; and

(g)     assign and transfer the Internet domain names theartofliving.earth, artofliving.earth, and mensgroomingessentials.earth to Plaintiff.

2.      Enjoining Defendant Mindy Yang from:

(a)      holding herself out as affiliated with Plaintiff in any way;

(b)      holding herself out as the source, designer, creator, or inventor of any of Plaintiff's products;

(c)      holding herself out in any manner likely to cause confusion as to the source of goods or services sold, offered for sale or provided by MiN New York;

(d)      using any user name, hashtag or other identifier which is the same as or confusingly similar to MiN New York, Art of Living, Scent Stories, Inventory of Experiences, Men's Grooming Essentials or New York Heart on Twitter or any other social networking service or site or sending or posting tweets, reblogging, tagging or mentioning MiN New York or any trademark, brand, product or product line, tagline, graphic or image associated with MiN New York in any social media profile;

(e)      creating or continuing to maintain any group list on any social media service or site that includes MiN New York or any user name used by or associated with MiN New York;

(f)      uploading images or other content referring to or associated with MiN New York or its products to any social networking service;

(g)      registering, or using any domain name which is the same as or confusingly similar to MiN New York, Art of Living, The Art of Living, Scent Stories, Inventory of Experiences, New York Heart or Men's Grooming Essentials;

(h)      redirecting visitors to any of Plaintiff's websites, URLs or domains to another website; and

(i)      impersonating MiN New York in any way likely to cause others to believe that she or her company or any products or services they offer are associated with MiN New York.

3.      Ordering Defendants to pay damages in an amount to be determined at trial.

4.      Ordering Defendants to pay an appropriate amount as punitive damages to deter their willful and wanton conduct and to avoid future confusion or deception of the public and unfair competition with MiN NY;

5.      Awarding MiN NY its costs and attorneys' fees incurred in this action; and

6.     Granting MiN NY such other and further relief as this Court may deem just and proper.


Dated:      New York, New York
            March 14, 2016                          PHILLIPS NIZER LLP
                                                    *Attorneys for Plaintiff*

                                                    By: _____
                                                        Thomas G. Jackson
                                                        Elizabeth A. Adinolfi
                                                    Office and Post Office Address
                                                    666 Fifth Avenue
                                                    New York, NY 10103-0084

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

SALONCLICK, LLC, d/b/a MIN NEW YORK,                    *Index No.*

                                      Plaintiff,

              v.

SUPEREGO MANAGEMENT LLC and MINDY YANG,

                                    Defendants

## SUMMONS AND COMPLAINT

### PHILLIPS NIZER LLP
*Attorneys for Plaintiff*

666 FIFTH AVENUE
NEW YORK, N.Y. 10103-0084
(212) 977-9700

Signed and certified pursuant to 22 NYCRR §130-1.1-a

/s/Elizabeth A. Adinolfi, Esq.



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

# Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Mar 9 03:20:57 EST 2016*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST |

| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

| Logout | Please logout when you are done to release system resources allocated for you.

| Start | List At: [          ] OR | Jump | to record: [          ] **Record 4 out of 7**

| TSDR | ASSIGN Status | TTAB Status | ( *Use the "Back" button of the Internet Browser to return to TESS)*

# scent stories

| | |
|---|---|
| **Word Mark** | SCENT STORIES |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: Perfumes. FIRST USE: 20130801. FIRST USE IN COMMERCE: 20130901 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86148517 |
| **Filing Date** | December 19, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 29, 2014 |
| **Registration Number** | 4620007 |
| **Registration Date** | October 14, 2014 |
| **Owner** | (REGISTRANT) MiN New York LIMITED LIABILITY COMPANY NEW YORK 117 crosby street new york NEW YORK 10012 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SCENT" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |

**Register**          PRINCIPAL

**Live/Dead Indicator**   LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC



| TWEETS | FOLLOWING | FOLLOWERS | LIKES |
|---|---|---|---|
| 77 | 16 | 52 | 67 |

**Follow**

## Scent Stories
@ScentStories

Limited Editions of Olfactory Art potions that transcend time and space. By Mindy Yang for MiN New York.

📍 New York, NY

🔗 mindyyang.info





**Tweets**    Tweets & replies    Photos & videos



🔁 In reply to Liz Tullett

**Scent Stories** @ScentStories · Mar 3
@lizt_sg For events at MiN, send them a note directly. RE: by-invitation-only sensory events, pls write hello@TheArtOfLiving.Earth.

      ●●●     View conversation

🔁 In reply to Spitzenhaus

**Scent Stories** @ScentStories · Mar 3
@_Spitzenhaus_ Beautifull cc @godolcevita

       1   ●●●     View conversation

🔁 Scent Stories Retweeted

 **James** @JEarnshawUK · 15 Dec 2015

### New to Twitter?
Sign up now to get your own personalized timeline!

**Sign up**

You may also like · Refresh

 FragrancesOfTheWorld
@PerfumesExpert

 Zoologist Perfumes
@ZPerfumes

 A+O Awards
@AOAwards





How Solar Lanterns Are Giving Power to the People http://bit.ly/1Ro7qas #solarpuff #thirdwavevolunteers #cnn

Like        Comment        Share

3

Write a comment

NY  **New York Heart** shared **The Huffington Post**'s video.
March 10 at 2 26pm

**REVIEWS**

4.5    **4.5 of 5 stars**
      4 review

Ana Pres CW
5   Thank you for caring. Sharing your page.
December 1, 2014

Like        Comment

Mindy Yang
5
April 13, 2015

Like        Comment

Tell people what you think

**LIKED BY THIS PAGE**

The Elephant Conservati...   Like

Virunga National Park   Like

MIN New York   Like

72,084,008 Views

**The Huffington Post**                    Like Page
March 10 at 11 31pm

Lap elephants!

Like        Comment        Share

2

Write a comment

NY  **New York Heart** shared **John M. Russ**'s video.
March 7 at 7 19pm

Theartofliving.earth

**YOUR GAMES**                            MORE

**RECOMMENDED GAMES**                     MORE

Sarah Mitchell
Macalester Alumni in D.C.
My organization, Rock
Creek Conservancy, is
hiring!

Shana Sisk likes
Unmasked Theatre
Company's post.

A Lucia Estrella Due to
limited bathing options from
the power outages, I have
a...

Yasmin Sohrawardy likes
Muslim Public Affairs
Council - MPAC's photo.

Camille Adinolfi Vi...   18m

Deborah Grayson R...

Linnet Ceppa   4m

Sinde Krapf   4h

Sarah Upbin   1h

Yasmin Sohrawardy   1m

Cheryl Ramiro Adinolfi   1h

Pam Koner-Yohai   1h

Michael Khorsandi   1m

**GROUP CONVERSATIONS**

Sarah, Annelees, Elizabeth

English (US)   Privacy   Terms   Cookies   Advertising
Ad Choices   More
Facebook © 2016

John M. Russ                    Follow
March 14, 2010

A friend of mine sent this to me   Definitely worth watching

Like        Comment        Share

See More Stories



YOUR GAMES                    MORE

RECOMMENDED GAMES            MORE

**Sarah Mitchell**
**Macalester Alumni in D.C.**
My organization, Rock
Creek Conservancy, is
hiring!

**Shana Sisk likes**
Unmasked Theatre
Company's post.

**A Lucia Estrella** Due to
limited bathing options from
the power outages, I have
a...

**Yasmin Sohrawardy** likes
Muslim Public Affairs
Council - MPAC's photo.

Camille Adinolfi Vi...    18m

Deborah Grayson R...

Linnet Cappa              4m

Sinde Krapf               4h

Sarah Upbin               1h

Yasmin Sohrawardy         1m

Cheryl Ramiro Adinolfi    1h

Pam Koner-Yohai           1h

Michael Khorsandi         1m

GROUP CONVERSATIONS

Sarah, Anneloes, Elizabeth

Case 1:16-cv-02555-KMW   Document 1-2   Filed 04/05/16   Page 27 of 91

# INVENTORY OF EXPERIENCES  +

MESSAGE     SUBMIT     CURATOR MINDY YANG     THE ART OF LIVING



thebubbinator:

every second of everyday I
smell the slightest thing and
it reminds me of you. I
remember too the hours we
would lay in my bed and half
music on Spotify, or a
YouTube playlist.
I remember the way you
would wrap your arms
around me as we lay there
in silence
gazing in each others eyes
I remember the way you
always said my name, as I
watched it roll off your
perfect toungue. I
remember the way you
smell, the way you talked,
your perfect laugh as is
came out of your mouth
I remember the way you
cried in my arms, and I
rubbed your back as I told
you it was all gonna be
alright.
I remember that smell you
have,
I remember the
conversations we would
randomly have, that were so
deep and meaningful I could
never forget them.
I remember the times where
it was 2 AM and we would
randomly wake one another
up just to say "I love you"
I remember it all.
I miss it every second of
every hour of every day,
and wish it can go back to
that.
every day I want to think its
that and in all my power I
want it like that again.
it burns my throat too.

# INVENTORY OF EXPERIENCES  +



## - PETRICHOR -

**ranros:**

I'm just a barren desert and dry. Which is expect rain soaked and gave me a wonderful life. Once upon a time, the rain comes. It's not only expectation anymore but., it is a miracle. The scent of happiness, the scent of left desolate. For a moment I became what I expected. But then, for a moment I felt deceived. Made me forget that the rain is not always there for me. And now, I just love how that scent brings hope without expect nothing anymore, *petrichor.*

-Rani R





**goldenflower-tea asked: london, oslo, las vegas, chicago, cairo, and mumbai c:**

**novelteathought:**

> **LONDON: How do you take your tea?**
>
> With milk and a little bit of sugar

> **OSLO: What keeps you warm?**
>
> Currently, a heated blanket But if this is in some kind of emotional sense then probably the happiness of my friends? idk

> **LAS VEGAS: Have you ever broken a heart?**
>
> I have no idea; though I have handled someone telling me they liked me in a very bad way I thought they were lying and go angry so...1.

> **CHICAGO: What do you ache for?**
>
> To have my baseline mood be that of being content.

> **CAIRO: Whats your favorite quote?**
>
> I have so many quotes I love, how am I supposed to decide?? But I think one of my favorites that I haven't mentioned yet (or at least recently) is "I'd forgotten not all victories are about saving the universe." - Rory, DW

> **MUMBAI: What is your favorite scent?**
>
> The smell of rain in the fall when the leaves have fallen. Or warm laundry.

**bengalibanter:**

> I don't know why I call myself a woman Perhaps its something to do with the fact that I liked pink as a girl.Perhaps it's because the word has a nice ring to it,but I once identified as the hindi equivalent of boy for the very same reason.Some people say bleeding once a month makes you woman,I don't. Some say loving men makes you woman but every man I've ever let into my bloodstream has infused me

**Anonymous asked: Cecilia**

**sentrygambire:**



> Candy
> Eucalyptus
> Cute
> Inseparable
> Light
> Ignorance
> Animals

**panthxra-tigris:**

> How is it that something as simple as a familiar scent, reminiscent of happier times, can make you feel like your old self again?

**altonatively:**

**@kandai-na-fukurou**

> Tying the strap of his apron around his back, Aito secured his uniform with a tight knot and exited the backroom. The sunlight shone through the glass walls, reflecting off of polished tables and colourful mugs on display. He looked upon the growing line of people crowding in front of the counter, their phones in hand, their eyes on the menu. It would be another busy day at Domino Coffee, but the presence of the never ending sea of people and the strong scent of coffee beans excited him. He took a deep breath and mentally prepared himself for the day. He made his way to the counter and powered up the vacant cash register, the small screen on the machine changing to a welcome message of bright green text. Looking up from the counter, he faced his first customer of the day.
>
> "Welcome to Domino Coffee. What can I get for you?"



hea

366

**harunome:**

> i find it strange that the simple but lovely scent of daffodils which i can smell in my room right now can make me think of so many things all at once
> spring is here and so is love

**lilycna:**

> "Why.." The brunette mumbled under peppermint scented breath as she rubbed her temples a groan leaving pink painted lips as she reached for a bottle of water. "How much did i drink last night..?"





"Yo



"W
it's
ob
its
wh
ou

# INVENTORY OF EXPERIENCES





with a strange smell of
... reed and subtle only
secret

**THE ART OF LIVING**
as a child i wore my hair
short and my brothers hand
me downs so everyone
asked me what gender i was
and waited for me to ease
into femininity but i still
wear my hair short and shop
too much at the mens
section,i still havent eased
into femininity

but im woman and that is
enough im woman when im
drowning in the inadequacy
of my breasts when im
reaching out between my
legs when im throwing up
one finger down my throat
into the toilet bowl when im
weeping laughing sobbing
sweating recovering smelling
disgusting im woman in all
that

im woman when i smell love
on my skin and try to scrub
it off telling my body it has
too much hurt and earth
and ache and disquiet in it
for this im a woman at 3 am
and at 8 pm and in a taxi
and with my hair a poem
crop

in rare wild in love and in
victory and in triumph im a
woman and that is enough

listen,a woman is a woman
regardless of
anything,womanhood isnt
verified by genitalia or
reproductive
capacity,womanhood is in
light and fire and love and
power to call oneself a
woman is validation
enough,womanhood is
enough.



















Ab
se
mu
na
im
an
pic
se
the
Th
ou
inf
co
dir
the
un
the

"Our senses of taste and
smell are tightly
interconnected, but
psychologically distinct. The
way we develop and feed
these two senses has
changed throughout our
history, prompting our most
ambitious thinkers to ponder
what these shifting societal
sands say about us and the
ways we perceive our world."

Kōdō & The Fragrances of
Japan

shethedaydreamer:

Keep reading

"

I like pouring your tea, lifting
the heavy pot, and tipping it
up,
so the fragrant liquid
streams in your china cup.

# INVENTORY OF EXPERIENCES +

CURATOR MINDY YANG    THE ART OF LIVING

Or when you're away, or at work,
I like to think of your cupped
hands as you sip,
as you sip, of the faint half-
smile of your lips.

I like the questions – sugar? –
milk? –
and the answers I don't know
by heart, yet,
for I see your soul in your
eyes, and I forget.

Jasmine, Gunpowder, Assam,
Earl Grey, Ceylon,
I love tea's names. Which tea
would you like? I say
but it's any tea for you,
please, any time of day,

as the women harvest the
slopes
for the sweetest leaves, on
Mount Wu-Yi,
and I am your lover, smitten,
straining your tea.

Tea - Carol Anne Duffy (via
khaleesijade)







**Anonymous asked: i told my crush
about my love for the smell of
vanilla so he got me a vanilla candle
for christmas & bought vanilla
fragrance for himself so he always
smells like my favourite thing when
i hug him**

sleepysuggestions:

that is the cutest thing ever
honestly

At Part __ of the Supreme Court of the State of New York, held in and for the County of New York, at the Courthouse thereof, located at 60 Centre Street, New York, New York, on the ____ day of March, 2016.

P R E S E N T:

_____

Justice

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------- x
SALONCLICK LLC, D/B/A MIN NEW YORK,      :

                                   Plaintiff,      :   Index No.

                 -against-      :   **ORDER TO SHOW CAUSE**
                                       **WITH TEMPORARY**
SUPEREGO MANAGEMENT LLC, MINDY      :   **RESTRAINING ORDER**
YANG,
                                           :
                              Defendants.
-------------------------------------------------------- x

       Upon the annexed Affidavit of Chad Murawczyk, ("Mr. Murawczyk"), sworn to on

March 10, 2016, the exhibits annexed thereto, the Memorandum of Law, dated March 10, 2016,

and all the prior papers and proceedings herein, it is

       **ORDERED** that defendants Superego Management LLC ("Superego") and Mindy

Yang., show cause before this Court at Part ___ to be held at the Courthouse located at 60 Centre

Street, New York, New York, on _____, at _____a.m./p.m. or as soon

thereafter as counsel can be heard, why an order should not be entered:

      1.     Directing Defendants to:

          (a)     restore control of the MiN NY Dropbox account;

1275226.2

(b)      return all files taken from the MiN NY Dropbox account;

(c)      restore control of the @ScentStories Twitter account to Plaintiff;

(d)      restore control of the New York Heart Facebook page to Plaintiff;

(e)      restore control of the Internet domain names newyorkheart.org and inventoryofexperiences.com to Plaintiff;

(f)      remove the theartofliving.earth Instagram page and close the corresponding Instagram account;

(g)      assign and transfer the Internet domain names theartofliving.earth, artofliving.earth, and mensgroomingessentials.earth to Plaintiff

2.      Enjoining Defendant Mindy Yang from:

(a)      holding herself out as affiliated with Plaintiff in any way;

(b)      holding herself out as the source, designer, creator, or inventor of any of Plaintiff's products;

(c)      holding herself out in any manner likely to cause confusion as to the source of goods or services sold, offered for sale or provided by MiN New York;

(d)      using any user name, hashtag or other identifier which is the same as or confusingly similar to Min New York, Art of Living, Scent Stories, Inventory of Experiences, Men's Grooming Essentials or New York Heart on Twitter or any other social networking service or site or sending or posting tweets, reblogging, tagging or mentioning MiN New York or any trademark, brand, product or product line, tagline, graphic or image associated with MiN New York in any social media profile;

(e)      creating or continuing to maintain any group list on any social media service or site that includes MiN New York or any user name used by or associated with MiN New York;

(f)      uploading images or other content referring to or associated with MiN New York or its products to any social networking service;

(g)      registering, or using an domain name which is the same or confusingly similar to Min New York, Art of Living, The Art of Living, Scent Stories, Inventory of Experiences, New York Heart or Men's Grooming Essentials;

(h)      redirecting visitors to any of Plaintiff's websites, URLs or domains to another website; and

(i)      impersonating MiN New York in any likely to cause others to believe that she or her company or any products or services they offer are associated with MiN New York

3.      Granting Plaintiff such other and further relief as this Court deems just and proper.

**SUFFICIENT CAUSE APPEARING THEREFOR**, it is further

**ORDERED** that service of a copy of this Order, together with copies of the papers upon which it is based, on Defendants at 401 Park Ave S. 10th Floor, NY NY 10016, on or before _____, shall be deemed good and sufficient service, and it is further

**ORDERED** that within 24 hours of the service of this Order, Defendants:

      (a)  Restore control of the @ScentStories Twitter Account to Plaintiff;

      (b)  Restore control of the New York Heart Facebook page to Plaintiff;

      (c)  Restore control of the internet domain names www.newyorkheart.org and

www.inventoryofexperiences.com to Plaintiff;

**ORDERED** that, pursuant to CPLR § 2214, answering papers, if any, shall be served

upon Plaintiff's attorneys, Phillips Nizer LLP, at their offices at 666 Fifth Avenue, New York,

New York 10103, so as to be received in hand at least __ prior to the return date of this motion;

and it is further

**ORDERED** that, reply papers, if any, shall be served so as to be received on the return

date hereof.

E N T E R :

_____

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

------------------------------------------------------- x

SALONCLICK, LLC, d/b/a MIN NEW YORK,                    :

                       Plaintiff,    : Index No.

       - against -                                   : **AFFIDAVIT OF CHAD**
                                         **MURAWCZYK IN SUPPORT OF**
SUPEREGO MANAGEMENT LLC and MINDY            : **ORDER TO SHOW CAUSE**
YANG,

                                         :

                       Defendants.

------------------------------------------------------- x

STATE OF NEW YORK       )
                                ) ss.:
COUNTY OF NEW YORK    )

CHAD MURAWCZYK, being duly sworn, deposes and says:

    1.      I am the sole owner and founder of Plaintiff Salonclick, LLC, d/b/a MiN New

York ("MiN NY"). I make this affidavit in support of MiN NY's Order to Show Cause for

injunctive relief:

          (a)      Directing Defendants to:

                (i)      restore control of the MiN NY Dropbox account;

                (ii)     return all files taken from the MiN NY Dropbox account

                (iii)    restore control of the @ScentStories Twitter account to Plaintiff;

                (iv)    restore control of the New York Heart Facebook page to Plaintiff;

                (v)     restore control of the Internet domain names newyorkheart.org and
                               inventoryofexperiences.com to Plaintiff;

                (vi)    remove or rename the theartofliving.earth Instagram page and
                               close the corresponding Instagram account; and

                (vii)   assign and transfer the Internet domain names theartofliving.earth,
                               artofliving.earth, and mensgroomingessentials.earth to Plaintiff.

          (b)      Enjoining Defendant Mindy Yang ("Yang") from:

                (i)      holding herself out as affiliated with Plaintiff in any way;

(ii)     holding herself out as the source, designer, creator, or inventor of any of Plaintiff's products;

(iii)     holding herself out in any manner likely to cause confusion as to the source of goods or services sold, offered for sale or provided by MiN NY;

(iv)     using any user name, hashtag or other identifier which is the same as or confusingly similar to MiN NY, Art of Living, Scent Stories, Inventory of Experiences, Men's Grooming Essentials or New York Heart on Twitter or any other social networking service or site or sending or posting tweets, reblogging, tagging or mentioning MiN NY or any trademark, brand, product or product line, tagline, graphic or image associated with MiN NY in any social media profile;

(v)     creating or continuing to maintain any group list on any social media service or site that includes MiN NY or any user name used by or associated with MiN NY;

(vi)     uploading images or other content referring to or associated with MiN NY or its products to any social networking service;

(vii)     registering, or using a domain name which is the same as or confusingly similar to Min NY, Art of Living, The Art of Living, Scent Stories, Inventory of Experiences, New York Heart or Men's Grooming Essentials;

(viii)     redirecting visitors to any of Plaintiff's websites, URLs or domains to another website; and

(ix)     impersonating MiN New York in any way likely to cause others to believe that she or her company or any products or services they offer are associated with MiN NY;

(c)     And any other relief the Court finds is just and proper.

2.     Nothing in Plaintiff's application is an effort to prevent Yang, a former consultant who worked for Plaintiff as an independent contractor, from engaging in any business activities that may compete with Plaintiff, so long as those activities are fair and do not exploit Plaintiff's intellectual property and assets. But rather than trying to build her own business and her own brand, Yang has hijacked Plaintiff's social media accounts to drive business away from Plaintiff and to her business, and is holding herself out as the creator of Plaintiff's products. Plaintiff

requests immediate relief in order to prevent Yang's activities from damaging its business by confusing and diverting its customers and impairing its reputation.

3.      I founded Plaintiff Salonclick LLC in 1999.  Salonclick has done business as "MiN New York", which is a play on the phrase, "A New York Minute," since 1999.  I have not had any investors or business partners.  Through MiN NY, I manufactured hair color, hair care and skin care products under the "MiN New York" brand name.  MiN NY sold its products to salons, spas and directly to consumers.  One of the domain names the company purchased and utilized was mensgroomingessentials.com.

4.      In 2008, MiN NY opened its flagship store in SoHo.  Since opening the store, MiN NY has used the tagline "The Art of Living" to create the correct "brand umbrella" for all of the different products sold at the shop.  In addition to its own products, MiN NY also sells unique, difficult to find perfumes and fragrance products from independent perfumeries around the world.

5.      In 2014, MiN NY introduced its house brand of perfumes called "Scent Stories."  Since 2014, Scent Stories has been a trademark registered and owned by MiN NY, Federal Registration Number, 4620007.  Exhibit A.  Each Scent Stories product comes with a Certificate of Authenticity, which I personally sign.  At the bottom of the Certificate it reads "MiN NEW YORK ǀ THE ART OF LIVING."  Exhibit B.

6.      In order to meet all of MiN NY's business needs, I rely a fair amount on freelancers, utilizing approximately 12 to 15 different individuals depending on what is needed.  In approximately 2007or 2008, I found that I needed assistance with graphic design, public relations, and marketing, particularly social media.   I knew Yang socially and knew that she did

the kind of consulting I was looking for through her company, Defendant Superego
Management, LLC ("Superego").

7.      Plaintiff retained Superego as an independent contractor, but the relationship was
never reduced to a formal contract.  Superego was paid for all of Yang's work.  Exhibit C is a
copy of Superego's 2015 Form 1099 and a report of all payments made to Superego in 2015. At
no time did Yang or Superego have any ownership interest in MiN NY.

8.      Through Superego, Yang performed various tasks for MiN NY related to graphic
design, marketing, assistance with public events, and administrative support as needed.  On
average, she spent 15 to 20 hours a week on work for MiN NY.  She was not restricted from
working for anyone else, or on her own projects.  She was not required to work any set hours,
nor was she required to physically be at MiN NY's office.  She often worked remotely, meaning
she had access to MiN NY's computer systems and online accounts, access she has now used to
damage MiN NY and benefit her own enterprise.

9.      Yang was not involved in identifying or sourcing products from third parties for
MiN NY to carry.  Yang was not involved in MiN NY product development.  Her role was to
update the MiN NY website, develop MiN NY's social media presence, along with other
traditional public relations efforts, such as developing media contacts and assisting in the
planning of MiN NY related events.  She had no role in MiN NY's product manufacturing,
product sourcing, financial management or logistics.

10.     Over time, Yang became more and more difficult to work with.  She could not
take criticism or input from others; things had to be done her way with her ideas.  She would
become very angry and combative if anyone questioned her.  She apparently felt that MiN NY's
success was all due to her genius.  Last Fall, MiN NY was working on the launch of a new

marketing campaign, "Inventory of Experiences," for the introduction of five new fragrances to the Scent Stories product line.  On MiN NY's behalf, Yang used MiN NY's corporate credit card to purchase the domain Inventoryofexperiences.com to support this marketing campaign.  MiN NY receives one bill for all card holders and pays the corporate credit card directly, so Yang cannot claim that she purchased the domain.  I found Yang's work and direction for the campaign not up to par for the company.  It seemed that she was more interested in promoting herself than in promoting the new products; and that she was trying to make herself, and her image, part of the product.

11.     Given the problems that MiN NY was having with both Yang's attitude and her lack of cooperation, refusal to take direction and inability to complete tasks as directed, in December 2015 I decided that Superego's services were no longer needed.  I tried to make the parting amicable and professional.  When I told Yang that we were no longer going to be utilizing her services, she refused to enter into a severance agreement, but the parting went better than I had expected.  She actually left New York City and went to California for about four weeks.  By early January, I had retained another consultant to perform the work Yang had handled previously.

12.     I was shocked when I received a phone call from Yang in January asking, "Am I coming back or not?"  I told her that she was not.  I had no idea that she had any intention to damage the company or had malicious intent. Shortly after that phone call, before I realized what she was doing and could lock her out of MiN NY's computer system and online accounts, Yang began to use her access to exact revenge. .

13.     Until it was hijacked by Yang approximately two weeks ago, Min NY owned and controlled the Twitter account @ScentStories.  This account was linked with other social media

accounts owned and controlled by MiN NY, such as the Instagram account, which I managed and still manage. The Twitter account was set up so that postings on other social media would automatically get sent out over Twitter as well. Yang has now taken over this account, as is evidenced in Exhibit D. She has added her website, mindyyang.info, to the Twitter page, and added the text "Limited Editions of Olfactory Art potions that transcend time and space. By Mindy Yang for MiN New York." She is falsely promoting herself as the creator of MiN NY's products. Yang had no more role in the creation of Min NY's products, Scent Stories, than anyone else at MiN NY, as everyone in the boutique would smell them and offer their opinions on the scent.

14.    She is also using MiN NY's @ScentStories Twitter account to direct people to her websites and her new business. The first entry on Exhibit D, dated March 3, 2016, shows Yang replying to a customer Tweet:



15.    In the post, Yang is using Min NY's Twitter account to tell a MiN NY customer to write to [hello@theartofliving.earth](mailto:hello@theartofliving.earth) for invitations to special events. Given MiN NY's longstanding use of the tagline "The Art of Living", a customer would expect that this email is part of MiN NY. Instead it is the email for Yang's new online business, TheArtOfLiving.Earth.

16.     In the next entry on Exhibit D, Yang replies to a Tweet from Spitzenhaus, one of

Min NY's European retailers, and Tweets a link to her personal Twitter account,

https://twitter.com/godolcevita, with the tag @godolcevita.com, once again using MiN NY's

Twitter account to promote herself:



17.     Yang also is using her personal Twitter account to make claims that MiN NY's

products are hers, and sow additional confusion by tweeting the @ScentStories twitter account

and New York Heart Facebook page, and promoting the same difficult to find and relatively

unknown products which MiN NY sells.



The Road to Hana candle is a MiN NY product; it is not Yang's.



MINDY YΛNG Retweeted

**Men's Grooming Guide** @groomingguide · Mar 4
@godolcevita @artofliving #ScentStories

**Ann-Sophie Barwich** @smellosopher

"The brilliant smell of water, The brave smell of a stone..." (Chesterton Poem on Smell)

**MINDY YΛNG** @godolcevita · Feb 27
Theartofliving.earth New York Heart
fb.me/3Gz9Eyxil

View summary

**MINDY YΛNG** @godolcevita · Feb 19
As seen in GQ, Beckoning Spring evokes lush tranquility with clove, patchouli, camphor theartofliving.earth/products/becko...



18.     Shun You is not a widely known brand, and MiN NY is one of the few boutiques that stocks it.  The promotion of a product available through few sources other than MiN NY, coupled with the use of "theartofliving" creates an association in the consumer's mind that Yang's tweet is somehow affiliated with MiN NY.

19.     Yang has also made Tweets from her personal account in which she claims that MiN NY products are her products, Exhibit E, referring to "my Moondust," which is a fragrance in the Scent Stories collection, and referring to a bottle of MiN NY's perfume pictured in another Tweet as "my perfume."

20.     I have been unable to regain control of the @ScentStories Twitter account because when I try to regain access, Twitter sends a confirmation code that I must enter. However, Yang apparently has directed the confirmation code to her email address on file with Twitter and, as a result, I am not receiving the confirmation code.  Without that confirmation code, I cannot regain control of the account.

21.     Yang has hijacked other Min NY social media assets. The website www.newyorkheart.org, together with its corresponding Facebook page, is a social media vehicle that I created to communicate information about poaching of ivory, a cause I care deeply about.  The newyorkheart.org domain was purchased by MiN NY.  While anti-poaching advocacy is a personal project, I have affiliated my advocacy with Min NY in order to promote MiN NY as a socially responsible and concerned business.  MiN NY has hosted events by one of the leading elephant experts, Andrea Turkalo, and others involved in anti-poaching efforts.  New York Heart's Facebook page was used for the same social messaging.

22.     Mindy Yang had administrative access to both the website and the Facebook page because she helped with social media. She has since locked the company out and is now posting on New York Heart's Facebook page and including in posts the website of her new business TheArtOfLiving.Earth to drive people to her business. *See* Exhibit F, March 7 and March 4 posts.

23.     Yang hijacked the newyorkheart.org domain name and has connected it to her business domain, theartofliving.earth. This means if someone tries to go to newyorkheart.org's website, they are instead redirected to Yang's www.theartofliving.earth.

24.     Yang has done something similar with MiN NY's domain name, inventoryofexperiences.com. This domain was purchased and developed by MiN NY to support the marketing campaign "Inventory of Experiences" for new Scent Stories fragrances. This is evident when you click on the "Submit" tab on the page; it is set up so that people can make submissions and tag them with phrases like "MiN New York" and "Scent Stories." Exhibit G. Yang worked on this project, and it was her poor performance in executing her work for this project that finally led MiN NY to terminate its use of Superego's services. Now, anyone who enters this domain name in their browser, or clicks on a preexisting link, is directed to a page that states that it is curated by Mindy Yang and contains a link, not to MiN NY's website as was the original intent of design, but to Yang's www.theartofliving.earth website. Exhibit G. While Yang is free to keep the content she collected to post on the inventoryofexperiences.com site, MiN NY wants its property, the domain it paid for, returned. Yang's seizure of this domain has impaired MiN NY's ability to launch the marketing campaign for its new fragrances.

25.     Long before Yang performed any work for MiN NY, MiN NY owned and operated the website www.mensgroomingessentials.com. For a brief period, Yang had also

1275429.4                                    10

redirected this domain so that when someone enterd this website address in their browser, or clicked on a preexisting link, they instantly would be redirected to her www.theartofliving.earth website.  I was able to regain control of the mensgroomingessentials.com website; however, upon discovering that she no longer had control of it, Yang created the domain name mensgroomingessentials.earth, which redirects people to her www.theartofliving.earth website.

26.     Yang's tactics are bearing fruit for her.  On Tuesday March 8, 2016, MiN NY received an email, Exhibit H, from one of our suppliers, Code Deco, a very small perfumery in Singapore.  Until March 8, 2016, MiN NY was the only boutique in the United States to carry their products, and, according to their website, it still is.  Exhibit I.  However, the email requested that we send two sets of Code Deco's fragrances to "Superego Management / TheArtOfLiving.Earth, 401 Park Ave S. 10th Floor, NY NY 10016".  There is no coincidence that Yang is now attracting customers who wish to purchase fragrances that were previously available from few sources other than MiN NY, because she is misleading customers into thinking that TheArtofLiving.Earth is affiliated with MiN NY.  Such confusion is certainly to be expected when our customers have come to associate that phrase with MiN NY over the past eight years.

27.     I have tried to regain control of MiN NY's domains, which were registered through GoDaddy.com, the world's largest publicly traded and accredited Internet domain registrar and web hosting company.  I contacted GoDaddy and verified the complete credit card number and company billing information in order to become verified with GoDaddy.  Exhibit J is a confirmation of all of the domain names registered under MiN NY's GoDaddy account.[1]

---

[1] Several domains that purportedly belong to Yang, including theartofliving.earth and godolcevita.com are under MiN New York's GoDaddy account.  I do not know why these domains appear under MiN NY's account but can only assume that Yang used her MiN NY

However, because Yang handled MiN NY's social media accounts, and even purchased some of these domains for MiN NY using her MiN NY corporate credit card, she subsequently was able to put a secondary security passcode on the GoDaddy accounts. Because I do not have that passcode, and so am unable to provide it to GoDaddy.com, they will not restore my access to the accounts or provide me any information about the accounts.

28.     When I called Yang after discovering that she had seized control of MiN NY's social media accounts to request that she restore to MiN NY the control to which it is entitled and cease misusing MiN NY's intellectual property and assets, she acted blazé about the situation and essentially told me, "I'll see you in Court".

29.     On March 10, 2016, after learning that MiN NY intended to pursue its rights in court, Yang accessed MiN NY's online file storage account with the company Dropbox.com. Exhibit K. She deleted hundreds of files, and changed the access settings, locking MiN NY out of this account as well. Exhibit L is an email from Dropbox with a list of all of the deleted files. While Dropbox did email my assistant, Suzie Lee a link that would permit her to undo the deletion, Exhibit, L, she cannot access the account through the link because the log in information has been changed.

30.     These files represent hundreds of hours of work and tens of thousands of dollars of resources: product photography images, label designs, and the like. This account essentially served as MiN NY's design archive. MiN NY staff and vendors used this Dropbox account for accessing file data for printing labels, distributors used it to obtain product images, photographs, etc. According to Dropbox, the deleted files can possibly be restored if MiN NY can regain

corporate card to purchase the domains. Because I have now been denied access to all information about the account by GoDaddy, I cannot get any information to confirm if my suspicion is correct.

access to this account before April 8, 2016.  However, MiN NY is in immediate need of these files, as they are the foundation of its business.

      31.     Yang has left me no choice but to seek the intervention of this Court to regain control over MiN NY's social media and Dropbox accounts and protect my company and the assets I have worked so long and so hard to develop.

      32.     No prior request for the relief requested herein has been made.

CHAD MURAWCZYK

Sworn to before me this
14th day of March, 2016

Notary Public

KRISTINE M. GRISSETT
Notary Public, State of New York
No. 01GR6075310
Qualified in New York County
Commission Expires June 3, 2018

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

SALONCLICK, LLC, d/b/a MIN NEW YORK,                    *Index No.*

                                     Plaintiff,

                v.

SUPEREGO MANAGEMENT LLC and MINDY YANG,

                                  Defendants

---

## AFFIDAVIT OF CHAD MURAWCZYK
## IN SUPPORT OF ORDER TO SHOW CAUSE

---

### PHILLIPS NIZER LLP
*Attorneys for Plaintiff*

666 FIFTH AVENUE
NEW YORK, N.Y. 10103-0084
(212) 977-9700

---

Signed and certified pursuant to 22 NYCRR §130-1.1-a


/s/Elizabeth A. Adinolfi, Esq.

1275639.1

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Mar 9 03:20:57 EST 2016*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP | PREV LIST |
| CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC |

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: [          ] OR  Jump  to record: [          ]  **Record 4 out of 7**

TSDR   Assign Status   TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*

# scent stories

| | |
|---|---|
| **Word Mark** | **SCENT STORIES** |
| **Goods and Services** | IC 003. US 001 004 006 050 051 052. G & S: Perfumes. FIRST USE: 20130801. FIRST USE IN COMMERCE: 20130901 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 86148517 |
| **Filing Date** | December 19, 2013 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | July 29, 2014 |
| **Registration Number** | 4620007 |
| **Registration Date** | October 14, 2014 |
| **Owner** | (REGISTRANT) MiN New York LIMITED LIABILITY COMPANY NEW YORK 117 crosby street new york NEW YORK 10012 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "SCENT" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | TRADEMARK |

**Register**                    PRINCIPAL

**Live/Dead Indicator**         LIVE

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP | PREV LIST
CURR LIST | NEXT LIST | FIRST DOC | PREV DOC | NEXT DOC | LAST DOC

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

FILED: NEW YORK COUNTY CLERK 03/15/2016 01:40 PM INDEX NO. 152192/2016

NYSCEF DOC. NO. 9 RECEIVED NYSCEF: 03/15/2016

# SCENT STORIES
## CERTIFICATE OF AUTHENTICITY

### ONSEN

Inspired by Japanese
volcanic hot springs,
ONSEN evokes communion with nature.

Absinth, bergamot, aromatics on
hinoki, pine needles, cypress,
vetiver roots, oak moss, ambergris,
mineral, sulfur, and steam.

Powerful, healing & transcendent.



MiN NEW YORK | THE ART OF LIVING
117 CROSBY STREET, SOHO NY 10012
+1 212 206 6366 MiN.COM #MiNNewYork

☐ VOID    ☐ CORRECTED

| PAYER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no. | 1 Rents | | OMB No. 1545-0115 | |
|---|---|---|---|---|
| Salonclick, LLC | $ 6800.00 | | | 2015 |
| 117 Crosby Street | 2 Royalties | | | |
| New York NY 10012 | $ | | | Miscellaneous Income |
| | 3 Other income | 4 Federal income tax withheld | | |
| | $ | $ | | Form 1099-MISC |
| PAYER'S federal identification number | RECIPIENT'S identification number | 5 Fishing boat proceeds | 6 Medical & health care payments | |
| ~~█████████~~ | ~~████████████~~ | $ | $ | Copy C For Payer |
| RECIPIENT'S name | | 7 Nonemployee compensation | 8 Substitute payments in lieu of dividends or interest | |
| Superego Management | | $ 88800.00 | $ | For Privacy Act and Paperwork Reduction Act Notice, see the 2015 General Instructions for Certain Information Returns. |
| Street address (including apt no.) | | 9 Payer made direct sales of $5,000 or more of consumer products to a buyer (recipient) for resale ▶ ☐ | 10 Crop insurance proceeds | |
| 75 East 7th Street #5C | | | $ | |
| City or town, state or province, country, and ZIP or foreign postal code | | 11 | 12 | |
| New York NY 10003 | | | | |
| | | 13 Excess golden parachute payments | 14 Gross proceeds paid to an attorney | |
| Account number (see instructions) | 2nd TIN not ☐    FATCA filing requirement ☐ | $ | $ | |
| | | 15a Section 409A deferrals | 15b Section 409A income | |
| | | $ | $ | |
| | | 16 State tax withheld | 17 State/Payer's state no. | 18 State income |
| | | $ | | $ |
| | | $ | | $ |

Form 1099-MISC    www.irs.gov/form1099misc    Department of the Treasury - Internal Revenue Service

DAA

12:10 PM
03/04/16
Accrual Basis

# MiN New York
## Find Report
### January through December 2015

Jan - Dec 15

| Type | Date | Name | Account | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|
| Check | 12/17/2015 | SuperEgo Management | Chase Bank (2096) (Chase Bank... | × | Professional Fees | 3,500.00 | | -3,500.00 |
| Check | 12/17/2015 | SuperEgo Management | Professional Fees | × | Chase Bank (2096) (Chase Bank... | | 3,500.00 | 0.00 |
| Check | 12/03/2015 | SuperEgo Management | Chase Bank (2096) (Chase Bank... | × | Professional Fees | 3,500.00 | | -3,500.00 |
| Check | 12/03/2015 | SuperEgo Management | Professional Fees | × | Chase Bank (2096) (Chase Bank... | | 3,500.00 | 0.00 |
| Check | 11/19/2015 | SuperEgo Management | Chase Bank (2096) (Chase Bank... | × | Professional Fees | 4,500.00 | | -4,500.00 |
| Check | 11/19/2015 | SuperEgo Management | Professional Fees | × | Chase Bank (2096) (Chase Bank... | | 4,500.00 | 0.00 |
| Check | 11/05/2015 | SuperEgo Management | Chase Bank (2096) (Chase Bank... | × | Professional Fees | 3,500.00 | | -3,500.00 |
| Check | 11/05/2015 | SuperEgo Management | Professional Fees | × | Chase Bank (2096) (Chase Bank... | | 3,500.00 | 0.00 |
| Check | 10/22/2015 | SuperEgo Management | Chase Bank (2096) (Chase Bank... | × | Professional Fees | 3,500.00 | | -3,500.00 |
| Check | 10/22/2015 | SuperEgo Management | Professional Fees | × | Chase Bank (2096) (Chase Bank... | | 3,500.00 | 0.00 |
| Check | 10/08/2015 | SuperEgo Management | Chase Bank (2096) (Chase Bank... | × | Professional Fees | 3,500.00 | | -3,500.00 |
| Check | 10/08/2015 | SuperEgo Management | Professional Fees | × | Chase Bank (2096) (Chase Bank... | | 3,500.00 | 0.00 |
| Check | 09/22/2015 | SuperEgo Management | Chase Bank (2096) (Chase Bank... | × | Professional Fees | 3,500.00 | | -3,500.00 |
| Check | 09/22/2015 | SuperEgo Management | Professional Fees | × | Chase Bank (2096) (Chase Bank... | | 3,500.00 | 0.00 |
| Check | 09/21/2015 | SuperEgo Management | Chase Bank (2096) (Chase Bank... | × | Professional Fees | 1,000.00 | | -1,000.00 |
| Check | 09/21/2015 | SuperEgo Management | Professional Fees | × | Chase Bank (2096) (Chase Bank... | | 1,000.00 | 0.00 |
| Check | 09/09/2015 | SuperEgo Management | Chase Bank (2096) (Chase Bank... | × | Professional Fees | 3,500.00 | | -3,500.00 |
| Check | 09/09/2015 | SuperEgo Management | Professional Fees | × | Chase Bank (2096) (Chase Bank... | | 3,500.00 | 0.00 |
| Check | 08/31/2015 | SuperEgo Management | Chase Bank (2096) (Chase Bank... | × | Professional Fees | 3,500.00 | | -3,500.00 |
| Check | 08/31/2015 | SuperEgo Management | Professional Fees | × | Chase Bank (2096) (Chase Bank... | | 3,500.00 | 0.00 |
| Check | 08/28/2015 | SuperEgo Management | Chase Bank (2096) (Chase Bank... | × | Professional Fees | 3,300.00 | | -3,300.00 |
| Check | 08/28/2015 | SuperEgo Management | Professional Fees | × | Chase Bank (2096) (Chase Bank... | | 3,300.00 | 0.00 |
| Check | 08/13/2015 | SuperEgo Management | Chase Bank (2096) (Chase Bank... | × | Professional Fees | 500.00 | | -500.00 |
| Check | 08/13/2015 | SuperEgo Management | Professional Fees | × | Chase Bank (2096) (Chase Bank... | | 500.00 | 0.00 |
| Check | 07/30/2015 | SuperEgo Management | Chase Bank (2096) (Chase Bank... | × | Professional Fees | 3,500.00 | | -3,500.00 |
| Check | 07/30/2015 | SuperEgo Management | Professional Fees | × | Chase Bank (2096) (Chase Bank... | | 3,500.00 | 0.00 |
| Check | 07/16/2015 | SuperEgo Management | Chase Bank (2096) (Chase Bank... | × | Professional Fees | 1,500.00 | | -1,500.00 |
| Check | 07/16/2015 | SuperEgo Management | Professional Fees | × | Chase Bank (2096) (Chase Bank... | | 1,500.00 | 0.00 |
| Check | 07/15/2015 | SuperEgo Management | Chase Bank (2096) (Chase Bank... | × | Professional Fees | 3,500.00 | | -3,500.00 |
| Check | 07/15/2015 | SuperEgo Management | Professional Fees | × | Chase Bank (2096) (Chase Bank... | | 3,500.00 | 0.00 |
| Check | 07/02/2015 | SuperEgo Management | Chase Bank (2096) (Chase Bank... | × | Professional Fees | 3,500.00 | | -3,500.00 |
| Check | 07/02/2015 | SuperEgo Management | Professional Fees | × | Chase Bank (2096) (Chase Bank... | | 3,500.00 | 0.00 |
| Check | 06/18/2015 | SuperEgo Management | Chase Bank (2096) (Chase Bank... | × | Professional Fees | 3,500.00 | | -3,500.00 |
| Check | 06/18/2015 | SuperEgo Management | Professional Fees | × | Chase Bank (2096) (Chase Bank... | | 3,500.00 | 0.00 |
| Check | 06/04/2015 | SuperEgo Management | Chase Bank (2096) (Chase Bank... | × | Professional Fees | 3,500.00 | | -3,500.00 |
| Check | 06/04/2015 | SuperEgo Management | Professional Fees | × | Chase Bank (2096) (Chase Bank... | | 3,500.00 | 0.00 |
| Check | 05/21/2015 | SuperEgo Management | Chase Bank (2096) (Chase Bank... | × | Professional Fees | 3,500.00 | | -3,500.00 |
| Check | 05/21/2015 | SuperEgo Management | Professional Fees | × | Chase Bank (2096) (Chase Bank... | | 3,500.00 | 0.00 |
| Check | 05/07/2015 | SuperEgo Management | Chase Bank (2096) (Chase Bank... | × | Professional Fees | 3,500.00 | | -3,500.00 |
| Check | 05/07/2015 | SuperEgo Management | Professional Fees | × | Chase Bank (2096) (Chase Bank... | | 3,500.00 | 0.00 |
| Check | 04/24/2015 | SuperEgo Management | Chase Bank (2096) (Chase Bank... | × | Professional Fees | 3,500.00 | | -3,500.00 |
| Check | 04/24/2015 | SuperEgo Management | Professional Fees | × | Chase Bank (2096) (Chase Bank... | | 3,500.00 | 0.00 |
| Check | 04/09/2015 | SuperEgo Management | Rent - Apartment | × | Chase Bank (2096) (Chase Bank... | 1,100.00 | | -1,100.00 |
| Check | 04/09/2015 | SuperEgo Management | Professional Fees | × | Chase Bank (2096) (Chase Bank... | | 1,100.00 | 0.00 |
| Check | 03/19/2015 | SuperEgo Management | Chase Bank (2096) (Chase Bank... | × | Professional Fees | 3,500.00 | | -3,500.00 |
| Check | 03/19/2015 | SuperEgo Management | Professional Fees | × | Chase Bank (2096) (Chase Bank... | 3,500.00 | | -3,500.00 |
| Check | 03/19/2015 | SuperEgo Management | Chase Bank (2096) (Chase Bank... | × | Professional Fees | 1,000.00 | | -1,000.00 |
| Check | 03/19/2015 | SuperEgo Management | Professional Fees | × | Chase Bank (2096) (Chase Bank... | | 1,000.00 | 0.00 |
| Check | 03/12/2015 | SuperEgo Management | Chase Bank (2096) (Chase Bank... | × | Professional Fees | 3,500.00 | | -3,500.00 |
| Check | 03/12/2015 | SuperEgo Management | Professional Fees | × | Chase Bank (2096) (Chase Bank... | | 3,500.00 | 0.00 |
| Check | 03/03/2015 | SuperEgo Management | Rent - Apartment | × | Chase Bank (2096) (Chase Bank... | 1,100.00 | | -1,100.00 |
| Check | 03/03/2015 | SuperEgo Management | Professional Fees | × | Chase Bank (2096) (Chase Bank... | | 1,100.00 | 0.00 |
| Check | 02/25/2015 | SuperEgo Management | Rent - Apartment | × | Professional Fees | 3,500.00 | | -3,500.00 |
| Check | 02/25/2015 | SuperEgo Management | Professional Fees | × | Chase Bank (2096) (Chase Bank... | | 3,500.00 | 0.00 |

12:10 PM
03/04/16
Accrual Basis

## MIN New York
## Find Report
### January through December 2015

Jan - Dec 15

| Type | Date | Name | Account | Clr | Split | Debit | Credit | Balance |
|------|------|------|---------|-----|-------|-------|--------|---------|
| Check | 02/25/2015 | SuperEgo Management | Professional Fees | | Chase Bank (2096) (Chase Bank... | 3,500.00 | | 0.00 |
| Check | 02/11/2015 | SuperEgo Management | Chase Bank (2096) (Chase Bank... | X | Professional Fees | | 3,500.00 | -3,500.00 |
| Check | 02/11/2015 | SuperEgo Management | Professional Fees | | Chase Bank (2096) (Chase Bank... | 3,500.00 | | 0.00 |
| Check | 02/05/2015 | SuperEgo Management | Chase Bank (2096) (Chase Bank... | X | Rent - Apartment | | 1,100.00 | -1,100.00 |
| Check | 02/05/2015 | SuperEgo Management | Rent - Apartment | | Chase Bank (2096) (Chase Bank... | 1,100.00 | | 0.00 |
| Check | 01/29/2015 | SuperEgo Management | Chase Bank (2096) (Chase Bank... | X | Professional Fees | | 3,500.00 | -3,500.00 |
| Check | 01/29/2015 | SuperEgo Management | Professional Fees | | Chase Bank (2096) (Chase Bank... | 3,500.00 | | 0.00 |
| Check | 01/15/2015 | SuperEgo Management | Chase Bank (2096) (Chase Bank... | X | Professional Fees | | 3,500.00 | -3,500.00 |
| Check | 01/15/2015 | SuperEgo Management | Professional Fees | | Chase Bank (2096) (Chase Bank... | 3,500.00 | | 0.00 |
| | | | | | | **95,600.00** | **95,600.00** | **0.00** |

Case 1:16-cv-02585-RMW   Document 1-2   Filed 04/05/16   Page 55 of 91



| TWEETS | FOLLOWING | FOLLOWERS | LIKES |
|--------|-----------|-----------|-------|
| 77 | 16 | 52 | 67 |

**Follow**

## Scent Stories
@ScentStories

Limited Editions of Olfactory Art potions that transcend time and space. By Mindy Yang for MiN New York.

 New York, NY

mindyyang.info



**Tweets**    **Tweets & replies**    **Photos & videos**

In reply to Liz Tullett

 **Scent Stories** @ScentStories · Mar 3
@lizt_sg For events at MiN, send them a note directly. RE: by-invitation-only sensory events, pls write hello@TheArtOfLiving.Earth.

            •••    View conversation

In reply to Spitzenhaus

**Scent Stories** @ScentStories · Mar 3
@_Spitzenhaus_ Beautifull cc @godolcevita

        ♥ 1    •••    View conversation

Scent Stories Retweeted
James @JEarnshawUK · 15 Dec 2015

### New to Twitter?
Sign up now to get your own personalized timeline!

**Sign up**

You may also like · Refresh

 FragrancesOfTheWorld
@PerfumesExpert

 Zoologist Perfumes
@ZPerfumes

 A+O Awards
@AOAwards







❤ **119 likes**

**godolcevita** Feeling a little like this... Wearing my
#MoonDust... #scentstories #nostalgia #otherworldly
#godolcevita #artofliving #raisingthefrequency
#wanderlust #wakingdream #instamood #picoftheday
#olfactoryart #trueromance



**godolcevita**
Planet Earth, Solar System

5w

♥ **94 likes**

**godolcevita** So happy to see my perfume in your superlative collection, @mohdsultanh 😊🙏 #olfactoryart #scentedmoments #GoDolceVita #artofliving #gratefulme #WakingDream #pastlives







See More Stories



YOUR GAMES                    MORE

RECOMMENDED GAMES             MORE

**Sarah Mitchell**
**Macalester Alumni in D.C.**
My organization, Rock
Creek Conservancy, is
hiring!

**Shana Sisk likes**
Unmasked Theatre
Company's post.

**A Lucia Estrella** Due to
limited bathing options from
the power outages, I have
a...

**Yasmin Sohrawardy** likes
Muslim Public Affairs
Council - MPAC's photo.

Camille Adinolfi Vi...      18m

Deborah Grayson R...

Linnet Cappa                4m

Sinde Krapf                 4h

Sarah Upbin                 1h

Yasmin Sohrawardy           1m

Cheryl Ramiro Adinolfi      1h

Pam Koner-Yohai             1h

Michael Khorsandi           1m

GROUP CONVERSATIONS

Sarah, Anneloes, Elizabeth

Case 1:16-cv-02555-RMW   Document 1-2   Filed 04/05/16   Page 61 of 91

# INVENTORY OF EXPERIENCES  +

MESSAGE      SUBMIT      CURATOR MINDY YANG      THE ART OF LIVING

**thebubbinator:**

every second of everyday I
smell the slightest thing and
it reminds me of you. I
remember too the hours we
would lay in my bed and half
music on Spotify, or a
YouTube playlist.
I remember the way you
would wrap your arms
around me as we lay there
in silence
gazing in each others eyes
I remember the way you
always said my name. as I
watched it roll off your
perfect toungue. I
remember the way you
smell. the way you talked,
your perfect laugh as is
came out of your mouth.
I remember the way you
cried in my arms. and I
rubbed your back as I told
you it was all gonna be
alright.
I remember that smell you
have,
I remember the
conversations we would
randomly have, that were so
deep and meaningful I could
never forget them.
I remember the times where
it was 2 AM and we would
randomly wake one another
up just to say "I love you"
I remember it all.
i miss it every second of
every hour of every day.
and wish it can go back to
that.
every day I want to think its
that and in all my power i
want it like that again.
it burns my throat too.

# INVENTORY OF EXPERIENCES  +



- P E T R I C H O R -

ranros:

I'm just a barren desert and dry. Which is expect rain soaked and gave me a wonderful life. Once upon a time, the rain comes. It's not only expectation anymore but.. it is a miracle. The scent of happiness, the scent of life, the scent of left desolate. For a moment I became what I expected. But then,, for a moment I felt deceived. Made me forget that the rain is not always there for me. And now, I just love how that scent brings hope without expect nothing anymore, *petrichor*.

-Rani R



**goldenflower-tea asked: london, oslo, las vegas, chicago, cairo, and mumbai c:**



novelteathought:

**LONDON: How do you take your tea?**

With milk and a little bit of sugar

**OSLO: What keeps you warm?**

Currently, a heated blanket. But if this is in some kind of emotional sense then probably the happiness of my friends? idk

**LAS VEGAS: Have you ever broken a heart?**

I have no idea; though I have handled someone telling me they liked me in a very bad way (I thought they were lying and go angry so...).

**CHICAGO: What do you ache for?**

To have my baseline mood be that of being content.

**CAIRO: Whats your favorite quote?**

I have so many quotes I love, how am I supposed to decide?! But I think one of my favorites that I haven't mentioned yet (or at least recently) is "I'd forgotten not all victories are about saving the universe." - Rory, DW

**MUMBAI: What is your favorite scent?**

The smell of rain in the fall when the leaves have fallen. Or warm laundry.

bengalibanter:

I don't know why I call myself a woman.Perhaps its something to do with the fact that I liked pink as a girl.Perhaps it's because the word has a nice ring to it,but I once identified as the hindi equivalent of boy for the very same reason.Some people say bleeding once a month makes you woman.I don't. Some say loving men makes you woman but every man I've ever let into my bloodstream has infused me

**Anonymous asked: Cecilia**

sentrygambire:



Candy
Eucalyptus
Cute
Inseparable
Light
Ignorance
Animals

panthxra-tigris:

How is it that something as simple as a familiar scent, reminiscent of happier times, can make you feel like your old self again?

altonatively:

@kandai-na-fukurou

Tying the strap of his apron around his back, Alto secured his uniform with a tight knot and exited the backroom. The sunlight shone through the glass walls, reflecting off of polished tables and colourful mugs on display. He looked upon the growing line of people crowding in front of the counter, their phones in hand, their eyes on the menu, it would be another busy day at Domino Coffee, but the presence of the never ending sea of people and the strong scent of coffee beans excited him. He took a deep breath and mentally prepared himself for the day. He made his way to the counter and powered up the vacant cash register, the small screen on the machine changing to a welcome message of bright green text. Looking up from the counter, he faced his first customer of the day.

"Welcome to Domino Coffee. What can I get for you?"



hea

366

harunome:

I find it strange that the simple but lovely scent of daffodils which I can smell in my room right now can make me think of so many things all at once
spring is here and so is love

lilycna:

"Why.." The brunette mumbled under peppermint scented breath as she rubbed her temples a groan leaving pink painted lips as she reached for a bottle of water. "How much did I drink last night..?"







"Yo

"W
it's
ob
its
wh
ou

# INVENTORY OF EXPERIENCES





MESSAGE   SUBMIT   QUEUE   ANDY YANG

with a strong scent of that mysterious fruit carried as told me dudry secret.

### THE ART OF LIVING

As a child I wore my hair short and my brothers hand me downs so everyone asked me what gender i was and waited for me to ease into femininity but i still wear my hair short and shop too much at the mens section,i still havent eased into femininity

but im woman and that is enough,im woman when im drowning in the inadequacy of my breasts when im reaching out between my legs when im throwing up one finger down my throat into the toilet bowl when im weeping laughing sobbing sweating recovering smelling disgusting im woman in all that

im woman when i smell love on my skin and try to scrub it off telling my body it has too much hurt and earth and ache and disquiet in it for this im a woman at 3 am and at 4 pm and in a sari and with my hair in a pixie crop

in hate and in love and in victory and in triumph im a woman and that is enough.

listen,a woman is a woman regardless of anything,womanhood isnt verified by genitalia or reproductive capacity.womanhood is in light and fire and love and power.to call oneself a woman is validation enough,womanhood is enough.

















shethedaydreamer:

Keep reading

"Our senses of taste and smell are tightly interconnected, but psychologically distinct. The way we develop and feed these two senses has changed throughout our history, prompting our most ambitious thinkers to ponder what these shifting societal sands say about us and the ways we perceive our world."

Kōdō & The Fragrances of Japan





"

I like pouring your tea, lifting the heavy pot, and tipping it up,
so the fragrant liquid streams in your china cup.

# INVENTORY OF EXPERIENCES +

CURATOR MINDY YANG        THE ART OF LIVING

Or when you're away, or at work,
I like to think of your cupped
hands as you sip,
as you sip, of the faint half-
smile of your lips.

I like the questions – sugar? –
milk? –
and the answers I don't know
by heart, yet,
for I see your soul in your
eyes, and I forget.

Jasmine, Gunpowder, Assam,
Earl Grey, Ceylon,
I love tea's names. Which tea
would you like? I say
but it's any tea for you,
please, any time of day,

as the women harvest the
slopes
for the sweetest leaves, on
Mount Wu-Yi,
and I am your lover, smitten,
straining your tea.

"

- Tea - Carol Anne Duffy (via
khaleesijade)








**Anonymous asked: i told my crush
about my love for the smell of
vanilla so he got me a vanilla candle
for christmas & bought vanilla
fragrance for himself so he always
smells like my favourite thing when
i hug him**

sleepysuggestions:

that is the cutest thing ever
honestly

## Elizabeth A. Adinolfi

| | |
|---|---|
| **From:** | Elizabeth A. Adinolfi |
| **Sent:** | Thursday, March 10, 2016 10:03 AM |
| **To:** | Elizabeth A. Adinolfi |
| **Subject:** | re samples |

**From:** Gauri Garodia <gauri.garodia@codedeco.com.sg>
**Date:** Tuesday, March 8, 2016 at 1:55 AM
**To:** Suzie Iris Lee <suzie@min.com>
**Subject:** re samples

Dear Suzie

I need a favour. Since our stocks are on consignment, I need two sets of each fragrance to be couriered to the foll. address. Pls do debit the stocks from my books and mark them as samples. Please deduct any courier charges from amount owed to me.

Superego Management / TheArtOfLiving.Earth, 401 Park Ave S. 10th Floor, NY NY 10016

Let me know when these go out.

best regards
Gabri



From **GoDaddy**
Subject **Chad, your order confirmation is inside**
Date February 27, 2016 at 2:22 PM
To

 **GoDaddy**

24/7 Support: (480) 505-8877
Chad Murawczyk — Customer Number: 4875884

# Thank you.

Here's your confirmation for order number 943222610. Review your receipt and get started using your products.

| | | |
|---|---|---|
| Private Domain Registration GODOLCEVITA.COM **Manage** | 1.833 Years | $14.65 |
| Private Domain Registration SUPEREGOMANAGEMENT.COM **Manage** | 1.833 Years | $14.65 |
| Private Domain Registration NEWYORKHEART.ORG **Manage** | 1.523 Years | $12.17 |
| Private Domain Registration INVENTORYOFEXPERIENCES.COM **Manage** | 1.833 Years | $14.65 |
| Private Domain Registration THEARTOFLIVINGEARTH **Manage** | 1.836 Years | $14.67 |
| Private Domain Registration ARTOFLIVING.EARTH **Manage** | 1.879 Years | $15.01 |
| | Subtotal | $85.80 |

| Tax. | $0.00 |
| Total | $85.80 |



NOTE: Unless you have specifically selected the manual renewal option, your purchase includes enrollment in our automatic renewal service. This keeps your products up and running by automatically charging the then-current renewal fees to your payment method on file just before they're set to expire, with no further action on your part. You may cancel this service at any time by turning off the auto-renewal feature in your GoDaddy account.

Take a quick survey and tell us how we're doing.

## Enjoy 25%* off new products of $75.00 or more.

Use promo code gdbbu2228 in your cart when you order.

## Recommended for you

### Find your match

Extend and protect your brand by securing matching domain extensions like .com, .org, .net, .info and more.



### Stand out online

Tell people exactly who you are and what you do with a new domain like .guru and .club.



*Not applicable to ICANN fees, taxes, transfers, premium domains, premium templates, cloud server plans, Professional Design Service fees (including Web Design, eCommerce Design, and Logo Design), gift cards or Trademark Holders/Priority Pre-registration or pre-registration fees. Offer good towards new product purchases only and cannot be used on product renewals. Cannot be used in conjunction with any other offer, sale, discount or promotion. After the initial purchase term, discounted products will renew at the then-current renewal list price. Offer may be changed without notice.

From: **GoDaddy** donotreply@ godaddy.com
Subject: Chad, your order confirmation is inside
Date: February 27, 2016 at 2:18 PM



**24/7 Support: (480) 505-8877**
Chad Murawczyk — Customer Number: 4875884

# Thank you.

Here's your confirmation for order number 943221923. Review your receipt and get started using your products.

| | | | |
|---|---|---|---|
| **Domain Consolidation**<br>GODOLCEVITA COM<br>SUPEREGOMANAGEMENT COM<br>INVENTORYOFEXPERIENCES COM<br>Manage | | | $28.31 |
| **.COM Domain Renewal**<br>GODOLCEVITA COM<br>Manage | 1 Domain | 1 Year | $9.99 |
| **.COM Domain Renewal**<br>SUPEREGOMANAGEMENT COM<br>Manage | 1 Domain | 1 Year | $11.92 |
| **.ORG Domain Renewal**<br>NEWYORKHEART ORG<br>Manage | 1 Domain | 1 Year | $18.17 |
| **.EARTH Domain Renewal**<br>THEARTOFLIVING EARTH<br>Manage | 1 Domain | 1 Year | $30.17 |
| **.EARTH Domain Renewal**<br>ARTOFLIVING EARTH<br>Manage | 1 Domain | 1 Year | $30.17 |

| | |
|---|---|
| Subtotal: | $128.73 |
| Tax: | $0.00 |
| Total: | $128.73 |



NOTE: Unless you have specifically selected the manual renewal option, your purchase includes enrollment in our automatic renewal service. This keeps your products up and running by automatically charging the then-current renewal fees to your payment method on file just before they're set to expire, with no further action on your part. You may cancel this service at any time by turning off the auto-renewal feature in your GoDaddy account.

Take a quick survey and tell us how we're doing.

## Enjoy 25%* off new products of $75.00 or more.

Use promo code gdbbu2228 in your cart when you order.

## Your recommended domains are a click away‡. Register now:

| | |
|---|---|
| godolcevita.net | rundolcevita.com |
| godolcevita.org | godolcevita.info |

### Not seeing one you like?



‡This email does not assure the availability of the specific domains; only that they were still available as of February 27, 2016.

*Not applicable to ICANN fees, taxes, transfers, premium domains, premium templates, cloud server plans, Professional Design Service fees (including Web Design, eCommerce Design, and Logo Design), gift cards or Trademark Holders/Priority Pre-registration or pre-registration fees. Offer good towards new product purchases only and cannot be used on product renewals. Cannot be used in conjunction with any other offer, sale, discount or promotion. After the initial purchase term, discounted products will renew at the then-current renewal list price. Offer may be changed without notice.

2/29/2016

American Express US: Manage Your Card Account: Online Statement

AMERICAN EXPRESS

**Transaction Details Prepared for**
**Chad Murawczyk**
Account Number
XXXX-XXXXXX-53008

480, 505-8859

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| SEP 2 2015 | GODADDY.COM 480-505-8855 AZ | MINDY YANG | $10.34 |

iinvestToGodExperiences.com

Doing business as:

**GODADDY.COM (480)505-8855**

14455 N HAYDEN RD

STE 219

SCOTTSDALE

AZ

85260-6993

UNITED STATES OF AMERICA (THE)

Additional Information: (480)505-8855

Reference: 320152460311427679

Category: Other - Miscellaneous

2/29/2016

American Express US: Manage Your Card Account Online Statement

Transaction Details Prepared for
**Chad Murawczyk**
Account Number
**XXXX-XXXXXX-53008**

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| SEP6 2014 | GODADDY.COM (480)505-8855 | CHAD MURAWCZYK | $9.17 |

Doing business as:

**GODADDY.COM (480)505-8855**

**14455 N HAYDEN RD**

**STE 219**

**SCOTTSDALE**

**AZ**

**85260-6993**

**UNITED STATES OF AMERICA (THE)**

Additional Information: (480)505-8855
Reference: 320142510575385233
Category: Other - Miscellaneous

*new york heart .069*



## Transaction Details

Prepared for
**Mindy Yang**
Account Number
XXXX-XXXXXX-51010

| Business Gold Rewards Card / August 1, 2015 to February 29, 2016 |
| --- |

| Date | Receipt | Description | Card Member | Amount |
| --- | --- | --- | --- | --- |
| Aug 01 2015 | | INDEED 203-564-2400 CT | Mindy Yang | $1.00 |
| Aug 02 2015 | | ZIPCAR.INC ZIPCAR BOSTON MA | Mindy Yang | -$15.28 |
| Aug 02 2015 | | ZIPCAR.INC ZIPCAR BOSTON MA | Mindy Yang | $110.28 |
| Aug 03 2015 | | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA | Mindy Yang | $51.80 |
| Aug 03 2015 | | MORIHATA INTERNATIONPHILADELPHIA PA | Mindy Yang | $266.00 |
| Aug 04 2015 | | STAPLES 00215 (800)333-3330 | Mindy Yang | $50.06 |
| Aug 05 2015 | | CAMPAIGNMONITOR.COM SUTHERLAND NS | Mindy Yang | $97.05 |
| Aug 07 2015 | | CAMPAIGNMONITOR.COM SUTHERLAND AU | Mindy Yang | $5.45 |
| Aug 08 2015 | | ZIPCAR.INC ZIPCAR BOSTON MA | Mindy Yang | -$18.88 |
| Aug 08 2015 | | ZIPCAR.INC ZIPCAR BOSTON MA | Mindy Yang | $122.73 |
| Aug 10 2015 | | VISTAPR*VISTAPRINT.C866 893 6743 CA | Mindy Yang | $140.07 |
| Aug 11 2015 | | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA | Mindy Yang | $14.80 |
| Aug 11 2015 | | BROOKLYN GLASS LLC BROOKLYN NY | Mindy Yang | -$266.74 |
| Aug 12 2015 | | CAMPAIGNMONITOR.COM SUTHERLAND AU | Mindy Yang | $13.47 |
| Aug 13 2015 | | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA | Mindy Yang | $15.20 |
| Aug 14 2015 | | ONLINE PAYMENT - THANK YOU | Mindy Yang | -$100.00 |
| Aug 15 2015 | | TRYCAVIAR.COM IVAN R8666127021 CA | Mindy Yang | $40.52 |
| Aug 20 2015 | | CRAIGSLIST INC CRAIGSAN FRANCISCO CA | Mindy Yang | $25.00 |
| Aug 20 2015 | | ZIPCAR.INC ZIPCAR BOSTON MA | Mindy Yang | $20.32 |
| Aug 24 2015 | | VONAGE BUSINESS 866-901-0242 GA | Mindy Yang | $258.59 |
| Aug 31 2015 | | DELIVERY.COM 888-4341035 NY | Mindy Yang | $44.06 |
| Sep 01 2015 | | BLICK ART 8004471892NEW YORK NY | Mindy Yang | $111.68 |
| Sep 02 2015 | | GODADDY.COM 480-505-8855 AZ | Mindy Yang | $10.34 |
| Sep 03 2015 | | STAPLES 00472 (800) 333-3330 | Mindy Yang | $46.78 |
| Sep 03 2015 | | WWW.ISTOCK.COM IMAGERY | Mindy Yang | $325.00 |
| Sep 04 2015 | | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA | Mindy Yang | $17.94 |
| Sep 04 2015 | | BESTYPE DIGITAL IMAG212-966-6886 | Mindy Yang | $32.66 |
| Sep 04 2015 | | CLEARBAGS 0848700521800-2332630 CA | Mindy Yang | $129.71 |
| Sep 04 2015 | | UBER UBER 866-576-1039 CA | Mindy Yang | $8.00 |
| Sep 05 2015 | | CAMPAIGNMONITOR.COM SUTHERLAND NS | Mindy Yang | $5.16 |
| Sep 05 2015 | | CAMPAIGNMONITOR.COM SUTHERLAND NS | Mindy Yang | $95.53 |
| Sep 08 2015 | | VISTAPR*VISTAPRINT.C866 893 6743 CA | Mindy Yang | $200.68 |
| Sep 09 2015 | | UBER UBER 866-576-1039 CA | Mindy Yang | $8.00 |
| Sep 10 2015 | | DROPBOX*XBX4BM6J5MZVSAN FRANCISCO CA | Mindy Yang | $99.00 |
| Sep 13 2015 | | CAMPAIGNMONITOR.COM SUTHERLAND NS | Mindy Yang | $94.53 |
| Sep 13 2015 | | UBER UBER 866-576-1039 CA | Mindy Yang | $20.22 |
| Sep 15 2015 | | UBER UBER 866-576-1039 CA | Mindy Yang | $8.00 |
| Sep 24 2015 | | VONAGE BUSINESS 866-901-0242 GA | Mindy Yang | $267.37 |
| Sep 25 2015 | | CAMPAIGNMONITOR.COM SUTHERLAND NS | Mindy Yang | $93.63 |
| Sep 30 2015 | | S & R MEDALIION TAXINEW YORK NY | Mindy Yang | $12.30 |
| Oct 01 2015 | | DEAN & DELUCA 000000NEW YORK NY | Mindy Yang | $62.61 |
| Oct 05 2015 | | MOO.COM ORDER@MOO.COM | Mindy Yang | $49.73 |
| Oct 05 2015 | | ZIPCAR.INC ZIPCAR BOSTON MA | Mindy Yang | $45.85 |



## Transaction Details

Prepared for
Mindy Yang
Account Number
XXXX-XXXXXX-51010

| Business Gold Rewards Card / August 1, 2015 to February 29, 2016 |
|---|

| Date | Receipt | Description | Card Member | Amount |
|---|---|---|---|---|
| Oct 06 2015 | | DELIVERY.COM 888-4341035 NY | Mindy Yang | $28.49 |
| Oct 06 2015 | | ZIPCAR.INC ZIPCAR BOSTON MA | Mindy Yang | $7.65 |
| Oct 07 2015 | | NIPPONKODO COM NIPPOTORRANCE CA | Mindy Yang | $230.42 |
| Oct 07 2015 | | UBER UBER 866-576-1039 CA | Mindy Yang | $8.00 |
| Oct 08 2015 | | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA | Mindy Yang | $56.38 |
| Oct 08 2015 | | CAMPAIGNMONITOR.COM SUTHERLAND NS | Mindy Yang | $5.48 |
| Oct 09 2015 | | CAMPAIGNMONITOR.COM SUTHERLAND NS | Mindy Yang | $10.31 |
| Oct 09 2015 | | CAMPAIGNMONITOR.COM SUTHERLAND NS | Mindy Yang | $10.71 |
| Oct 09 2015 | | UBER UBER 866-576-1039 CA | Mindy Yang | $8.00 |
| Oct 14 2015 | | CB2 - SOHO NEW YORK NY | Mindy Yang | $216.66 |
| Oct 14 2015 | | UBER UBER 866-576-1039 CA | Mindy Yang | $12.00 |
| Oct 15 2015 | | UBER UBER 866-576-1039 CA | Mindy Yang | $19.80 |
| Oct 16 2015 | | DELTA AIR LINES ATLANTA | Mindy Yang | $100.00 |
| Oct 21 2015 | | MAX DELIVERY NEW YORK NY | Mindy Yang | $85.32 |
| Oct 21 2015 | | MORIHATA INTERNATIONPHILADELPHIA PA | Mindy Yang | $317.60 |
| Oct 22 2015 | | CRAIGSLIST INC CRAIGSAN FRANCISCO CA | Mindy Yang | $45.00 |
| Oct 24 2015 | | UBER UBER 866-576-1039 CA | Mindy Yang | $79.44 |
| Oct 25 2015 | | VONAGE BUSINESS SOLU(866)901-0242 GA | Mindy Yang | $266.02 |
| Oct 26 2015 | | UBER UBER LONDON GB | Mindy Yang | $10.73 |
| Oct 26 2015 | | UBER UBER LONDON GB | Mindy Yang | $11.41 |
| Oct 28 2015 | | UBER UBER LONDON GB | Mindy Yang | $13.02 |
| Oct 28 2015 | | UBER UBER LONDON GB | Mindy Yang | $13.81 |
| Nov 05 2015 | | AMAZON PRIME NOW AMAZON.COM/BI WA | Mindy Yang | $52.24 |
| Nov 07 2015 | | AMAZON PRIME NOW TIPAMAZON.COM/BI WA | Mindy Yang | $2.00 |
| Nov 10 2015 | | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA | Mindy Yang | $38.40 |
| Nov 10 2015 | | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA | Mindy Yang | $57.20 |
| Nov 10 2015 | | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA | Mindy Yang | $58.68 |
| Nov 11 2015 | | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA | Mindy Yang | -$19.97 |
| Nov 11 2015 | | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA | Mindy Yang | $35.88 |
| Nov 11 2015 | | UBER UBER 866-576-1039 CA | Mindy Yang | $8.00 |
| Nov 12 2015 | | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA | Mindy Yang | $100.90 |
| Nov 12 2015 | | DELIVERY.COM 888-4341035 NY | Mindy Yang | $26.95 |
| Nov 13 2015 | | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA | Mindy Yang | -$24.69 |
| Nov 13 2015 | | CAMPAIGNMONITOR.COM SUTHERLAND NS | Mindy Yang | $96.86 |
| Nov 17 2015 | | AMAZON.COM AMZN.COM/BILL WA | Mindy Yang | $16.20 |
| Nov 17 2015 | | PAYPAL *LASERSPIEGE 4029357733 CA | Mindy Yang | $118.10 |
| Nov 18 2015 | | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA | Mindy Yang | $69.57 |
| Nov 24 2015 | | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA | Mindy Yang | -$32.72 |
| Nov 24 2015 | | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA | Mindy Yang | $11.06 |
| Nov 24 2015 | | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA | Mindy Yang | $31.34 |
| Nov 24 2015 | | VONAGE BUSINESS SOLU(866)901-0242 GA | Mindy Yang | $291.24 |
| Nov 25 2015 | | CAMPAIGNMONITOR.COM SUTHERLAND NS | Mindy Yang | $99.37 |
| Nov 28 2015 | | AMAZON.COM AMZN.COM/BILL WA | Mindy Yang | $54.43 |



## Transaction Details

Prepared for
**Mindy Yang**
Account Number
XXXX-XXXXXX-51010

**Business Gold Rewards Card / August 1, 2015 to February 29, 2016**

| Date | Receipt | Description | Card Member | Amount |
|------|---------|-------------|-------------|--------|
| Nov 30 2015 | | IL BUCO ALIMENTARI ENEW YORK NY | Mindy Yang | $78.41 |
| Nov 30 2015 | | UBER UBER 866-576-1039 CA | Mindy Yang | $8.41 |
| Dec 01 2015 | | CAMPAIGNMONITOR.COM SUTHERLAND NS | Mindy Yang | $12.53 |
| Dec 01 2015 | | FEDEX# 781816290100 MEMPHIS TN | Mindy Yang | $53.94 |
| Dec 03 2015 | | 5% OPEN Savings at FedEx | Mindy Yang | -$2.70 |
| Dec 03 2015 | | AMAZON.COM AMZN.COM/BILL WA | Mindy Yang | $19.59 |
| Dec 03 2015 | | B & J FLORIST SUPPLYNEW YORK | Mindy Yang | $91.24 |
| Dec 03 2015 | | CAMPAIGNMONITOR.COM SUTHERLAND NS | Mindy Yang | $104.79 |
| Dec 03 2015 | | FOLIAGE PARADISE 050NEW YORK NY | Mindy Yang | $21.77 |
| Dec 03 2015 | | NYC TAXI 1D46 090205BROOKLYN NY | Mindy Yang | $17.30 |
| Dec 03 2015 | | SILK GARDENS AND TRENEW YORK NY | Mindy Yang | $115.73 |
| Dec 04 2015 | | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA | Mindy Yang | -$11.06 |
| Dec 04 2015 | | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA | Mindy Yang | $26.95 |
| Dec 04 2015 | | CAMPAIGNMONITOR.COM SUTHERLAND NS | Mindy Yang | $10.62 |
| Dec 04 2015 | | WWW.ISTOCK.COM 866-478-6251 WA | Mindy Yang | $92.00 |
| Dec 05 2015 | | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA | Mindy Yang | $25.99 |
| Dec 05 2015 | | AMAZON.COM AMZN.COM/BILL WA | Mindy Yang | $12.74 |
| Dec 05 2015 | | FEDEX# 808335213207 MEMPHIS TN | Mindy Yang | $56.92 |
| Dec 06 2015 | | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA | Mindy Yang | $79.90 |
| Dec 09 2015 | | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA | Mindy Yang | -$69.57 |
| Dec 10 2015 | | CAMPAIGNMONITOR.COM SUTHERLAND NS | Mindy Yang | $5.26 |
| Dec 12 2015 | | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA | Mindy Yang | -$79.90 |
| Dec 12 2015 | | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA | Mindy Yang | -$19.69 |
| Dec 13 2015 | | AMAZON.COM AMZN.COM/BILL WA | Mindy Yang | -$19.59 |
| Dec 14 2015 | | 5% OPEN Savings at FedEx | Mindy Yang | -$2.85 |
| Dec 19 2015 | | AMAZON MKTPLACE PMTSAMZN.COM/BILL WA | Mindy Yang | -$18.80 |

## SUMMARY

| | |
|---|---|
| Payments | -$100.00 |
| Pay In Full Charges | $6,579.88 |
| Pay Over Time Charges | $0.00 |
| Credits | -$602.44 |
| Total | $5,977.44 |

3/11/2016

American Express US: Manage Your Card Account: Online Statement

**AMERICAN EXPRESS**

Transaction Details Prepared for
**Chad Murawczyk**
Account Number
**XXXX-XXXXX-53008**

| DATE | DESCRIPTION | CARD MEMBER | AMOUNT |
|------|-------------|-------------|--------|
| SEP 10 2015 | DROPBOX*XBX4BM6J5MZVSAN FRANCISCO CA | MINDY YANG | $99.00 |

Doing business as:

**DROPBOX**

185 BERRY ST

STE 400

SAN FRANCISCO

CA

94107-1725

UNITED STATES OF AMERICA (THE)

Additional Information: 4159867057

Reference: 320152530411337864

Category: Other - Miscellaneous

## Elizabeth A. Adinolfi

| | |
|---|---|
| **From:** | Elizabeth A. Adinolfi |
| **Sent:** | Monday, March 14, 2016 2:58 PM |
| **To:** | Elizabeth A. Adinolfi |
| **Subject:** | FW: Mindy Yang Drop Box activity Notice |
| **Attachments:** | Assets 2.pdf; Assets 3.pdf; Assets 4.pdf; Assets 5.pdf; Assets 6.pdf; Assets 7.pdf; Assets 8.pdf; Assets 9.pdf; Assets 10.pdf; Assets 11.pdf; Assets 12.pdf; Assets 13.pdf; Assets 14.pdf; Assets 15.pdf; Assets 16.pdf; Assets 17.pdf; Assets 18.pdf; Assets 19.pdf; Assets 20.pdf; Assets 21.pdf; Assets 22.pdf; Assets 23.pdf; Assets 24.pdf; Assets 25.pdf; Assets 26.pdf; Assets 27.pdf; Assets 28.pdf; Assets 29.pdf; Assets 30.pdf; Assets 31.pdf; Assets 32.pdf; Assets 33.pdf; Assets 34.pdf |

**From:** Dropbox <no-reply@dropboxmail.com>
**Date:** Friday, March 11, 2016 at 3:59 AM
**To:** Suzie Iris Lee <suzie@min.com>
**Subject:** Recently deleted files in your Dropbox



Hi Suzie,

We noticed that you recently deleted a large number of files from your Dropbox. Deleted files are saved for 30 days, and can be restored anytime during that 30-day window.

Dropbox will save deleted files longer than 30 days if you've purchased Extended Version History, or if you have a Dropbox Business account.

Want to restore? Go to www.dropbox.com/trash, select the deletion event, and then click the restore link.

Learn more at www.dropbox.com/help/9132.

We thought you should know about these large deletion event(s) that occurred recently:

|  | You deleted 3,387 files 3/10/2016 5:08 PM | more details |

If you meant to delete these files, you can ignore this email.

Happy Dropboxing!

- The Dropbox Team

3/11/2016                                          Event Details - Dropbox

                                                                     Suzie Lee

# Event Details

| Name | Event | Size |
|------|-------|------|
| IMG_7617.jpg | Deleted | 1.43 MB |
| IMG_7616.jpg | Deleted | 1.33 MB |
| IMG_7615.jpg | Deleted | 1.32 MB |
| IMG_7614.jpg | Deleted | 1.16 MB |
| IMG_7613.jpg | Deleted | 1.2 MB |
| IMG_7612.jpg | Deleted | 1.31 MB |
| IMG_7611.jpg | Deleted | 1.46 MB |
| IMG_7610.jpg | Deleted | 1.39 MB |
| IMG_7609.jpg | Deleted | 1.06 MB |
| IMG_7608.jpg | Deleted | 763.84 KB |
| IMG_7607.jpg | Deleted | 1.17 MB |
| IMG_7606.jpg | Deleted | 1.44 MB |
| IMG_7605.jpg | Deleted | 1.31 MB |
| IMG_7604.jpg | Deleted | 1.32 MB |
| IMG_7598.jpg | Deleted | 1.23 MB |
| IMG_7596.jpg | Deleted | 1.17 MB |
| IMG_7595.jpg | Deleted | 1.23 MB |
| IMG_7593.jpg | Deleted | 1.19 MB |
| IMG_7592.jpg | Deleted | 1.39 MB |
| IMG_7591.jpg | Deleted | 1.38 MB |
| IMG_7589.jpg | Deleted | 1 MB |
| IMG_7588.jpg | Deleted | 1.15 MB |
| IMG_7587.jpg | Deleted | 1.07 MB |
| IMG_7586.jpg | Deleted | 1.1 MB |
| IMG_7585.jpg | Deleted | 1.29 MB |
| IMG_7584.jpg | Deleted | 1.79 MB |
| IMG_7583.jpg | Deleted | 1.93 MB |
| IMG_7581.jpg | Deleted | 1.35 MB |
| IMG_7580.jpg | Deleted | 1.42 MB |
| IMG_7579.JPG | Deleted | 375.72 KB |
| IMG_7578.JPG | Deleted | 390.72 KB |
| IMG_7576.jpg | Deleted | 1.15 MB |
| IMG_7575.jpg | Deleted | 1.17 MB |
| IMG_7574.jpg | Deleted | 1.17 MB |
| IMG_7572.jpg | Deleted | 1.05 MB |
| IMG_7571.jpg | Deleted | 0.98 MB |
| IMG_7570.jpg | Deleted | 1.13 MB |
| IMG_7569.jpg | Deleted | 1.25 MB |
| IMG_7568.jpg | Deleted | 1.12 MB |

3/11/2016                                    Event Details - Dropbox

| | | |
|---|---|---|
| IMG_7567.jpg | Deleted | 1.14 MB |
| IMG_7566.jpg | Deleted | 1.16 MB |
| IMG_7565.jpg | Deleted | 1.12 MB |
| IMG_7564.jpg | Deleted | 1.21 MB |
| IMG_7563.jpg | Deleted | 1.17 MB |
| IMG_7562.jpg | Deleted | 1.24 MB |
| IMG_7561.jpg | Deleted | 1.17 MB |
| IMG_7560.jpg | Deleted | 1.82 MB |
| IMG_7559.jpg | Deleted | 1.5 MB |
| IMG_7554.jpg | Deleted | 1.53 MB |
| IMG_7548.jpg | Deleted | 2.02 MB |
| IMG_7540.jpg | Deleted | 1.82 MB |
| IMG_7538.jpg | Deleted | 1.42 MB |
| IMG_7536.jpg | Deleted | 1.93 MB |
| IMG_7535.jpg | Deleted | 1.83 MB |
| IMG_7531.jpg | Deleted | 2.42 MB |
| IMG_7530.jpg | Deleted | 1.6 MB |
| IMG_7527.jpg | Deleted | 2.22 MB |
| IMG_7526.jPG | Deleted | 2.07 MB |
| IMG_7522.jpg | Deleted | 1.87 MB |
| IMG_7521.jpg | Deleted | 1.81 MB |
| IMG_7520.jpg | Deleted | 1.86 MB |
| IMG_7519.jpg | Deleted | 1.74 MB |
| IMG_7518.jpg | Deleted | 2.39 MB |
| IMG_7517.jpg | Deleted | 2.47 MB |
| IMG_7516.jpg | Deleted | 2.15 MB |
| IMG_7515.jpg | Deleted | 2.24 MB |
| IMG_7514.jpg | Deleted | 2.22 MB |
| IMG_7513.jpg | Deleted | 2.27 MB |
| IMG_7512.jpg | Deleted | 2.43 MB |
| IMG_7510.jpg | Deleted | 3.07 MB |
| IMG_7508.jpg | Deleted | 3 MB |
| IMG_7507.jpg | Deleted | 3.09 MB |
| IMG_7506.jpg | Deleted | 2.83 MB |
| IMG_7505.JPG | Deleted | 2.68 MB |
| IMG_7504.JPG | Deleted | 2.11 MB |
| IMG_7502.jpg | Deleted | 2.54 MB |
| IMG_7500.jpg | Deleted | 2.31 MB |
| IMG_7499.jpg | Deleted | 2.4 MB |
| IMG_7498.jpg | Deleted | 2.5 MB |
| IMG_7497.jpg | Deleted | 2.43 MB |
| IMG_7472.JPG | Deleted | 647.98 KB |
| IMG_7471.jpg | Deleted | 1.17 MB |
| IMG_7470.JPG | Deleted | 0.92 MB |
| IMG_7469.jpg | Deleted | 1.61 MB |
| IMG_7468.jpg | Deleted | 1.34 MB |

3/11/2016                                          Event Details - Dropbox

| | | |
|---|---|---|
| IMG_7467.jpg | Deleted | 1.43 MB |
| IMG_7466.jpg | Deleted | 1 MB |
| IMG_7462.jpg | Deleted | 1.14 MB |
| IMG_7461.jpg | Deleted | 1.09 MB |
| IMG_7460.jpg | Deleted | 1.13 MB |
| IMG_7459.jpg | Deleted | 1.33 MB |
| IMG_7456.jpg | Deleted | 1.32 MB |
| IMG_7453.jpg | Deleted | 1.23 MB |
| IMG_7449.jpg | Deleted | 1.16 MB |
| IMG_7447.jpg | Deleted | 1.16 MB |
| IMG_7446.jpg | Deleted | 1.35 MB |
| IMG_7445.jpg | Deleted | 1.31 MB |
| IMG_7444.jpg | Deleted | 1.31 MB |
| IMG_7443.jpg | Deleted | 1.4 MB |
| IMG_7442.jpg | Deleted | 1.35 MB |

« Previous | Next »

**Dropbox**
Install
Mobile
Pricing
Business
Enterprise
Tour

**About us**
Dropbox Blog
About
Branding
News
Jobs

**Support**
Help Center
Get Started
Privacy & Terms
Copyright
Contact us

**Community**
Referrals
Forum
Twitter
Facebook
Developers

English (United States)

3/11/2016 Event Details - Dropbox

  Suzie Lee

## Event Details

| Name | Event | Size |
| --- | --- | --- |
| HeeleyjAug14.jpg | Deleted | 753.67 KB |
| HayariInvite.pdf | Deleted | 2.13 MB |
| HayariInvite.jpg | Deleted | 393.64 KB |
| HAYARI Paris PK Trio of women's fragrances.pdf | Deleted | 2.14 MB |
| HAYARI Paris PK Duo of men's fragrances.pdf | Deleted | 2.63 MB |
| HAYARI Paris DP Trilogie de fragrances pour femmes.pdf | Deleted | 2.15 MB |
| HAYARI Paris DP Diptyque de fragrances po...r hommes.pdf | Deleted | 2.6 MB |
| Press Kit - Dossier de Presse | Deleted | |
| logo Hayari Parfums.jpg | Deleted | 55.8 KB |
| HAYARI Paris Logo W&B.jpg | Deleted | 677.5 KB |
| HAYARI Paris Logo B&W.jpg | Deleted | 697.73 KB |
| Logo | Deleted | |
| ICMAD 2012.jpg | Deleted | 1.59 MB |
| CityAwardHeader.jpg | Deleted | 17.14 KB |
| 130621 Your Goldy.jpg | Deleted | 138.37 KB |
| ICMAD CITY AWARDS | Deleted | |
| HAYARI Parfums Paris Press Review.pdf | Deleted | 11.23 MB |
| Nat Faxon The Descendants.jpg | Deleted | 233.49 KB |
| Lana Parrilla Once Upon A Time.jpg | Deleted | 195.32 KB |
| Jennifer Love Hewitt.jpg | Deleted | 204.33 KB |
| hofit golan.jpg | Deleted | 102.65 KB |
| Elizabeth McGovern Downton Abbey Best Performance.jpg | Deleted | 194.63 KB |
| Hayari Parfums and celebrities | Deleted | |
| Trilogie&Diptyque copy.jpg | Deleted | 4.51 MB |
| Paradis de l'Homme.jpg | Deleted | 1.18 MB |
| HAYARI Paris trilogie PARFUMS in OPENED BOX.jpg | Deleted | 9.28 KB |
| HAYARI Paris trilogie PARFUMS 50ml.jpg | Deleted | 762.09 KB |
| HAYARI Paris trilogie EAUX DE PARFUMS 100ml.jpg | Deleted | 1.88 MB |
| HAYARI Paris flacon couture 100ml.jpg | Deleted | 2.91 MB |
| HAYARI PARIS Alisa Krylova - trilogie.jpg | Deleted | 1.22 MB |
| HAYARI PARIS Alisa Krylova - Only for Her .jpg | Deleted | 17.15 MB |
| X MORE PICS | Deleted | |
| ONLYFORHIM-COFFRET+FLACON.jpg | Deleted | 4.1 MB |
| ONLY FOR HIM Pyramide Olfactive.jpg | Deleted | 1.53 MB |
| FORHIMFLACON.jpg | Deleted | 3.69 MB |
| Banière Only For Him copy.jpg | Deleted | 1.83 MB |
| ONLY FOR HIM | Deleted | |
| OnlyforHer PARFUMS 50ml .jpg | Deleted | 1.3 MB |
| OnlyforHer PARFUMS 50ml + coffret.jpg | Deleted | 4.37 MB |

3/11/2016                                         Event Details - Dropbox

| | | |
|---|---|---|
| OnlyForHer EAU DE PARFUM 100ml.jpg | Deleted | 1.34 MB |
| OnlyforHer 100ml + coffret.jpg | Deleted | 5.29 MB |
| ONLY FOR HER Pyramide Olfactive.jpg | Deleted | 708.77 KB |
| ONLY FOR HER 100ML.pdf | Deleted | 2.82 MB |
| ONLY FOR HER | Deleted | |
| PARADISFLACON.jpg | Deleted | 2.98 MB |
| PARADIS-COFFRET+FLACON.jpg | Deleted | 3.06 MB |
| LE PARADIS DE L'HOMME Pyramide Olfactive.jpg | Deleted | 1.58 MB |
| Banière Le Paradis de l'Homme copy.jpg | Deleted | 1.73 MB |
| LE PARADIS DE L'HOMME | Deleted | |
| Goldy Pyramide olfactive.jpg | Deleted | 708.61 KB |
| Goldy PARFUMS 50ml.jpg | Deleted | 72.31 KB |
| Goldy PARFUMS 50ml + coffret.jpg | Deleted | 2.16 MB |
| Goldy EAU DE PARFUM 100ml.jpg | Deleted | 4.33 MB |
| Goldy 100ml.pdf | Deleted | 13.03 MB |
| Goldy 100ml + coffret.jpg | Deleted | 4.65 MB |
| GOLDY | Deleted | |
| Broderie Pyramide olfactive.jpg | Deleted | 702.38 KB |
| Broderie PARFUMS 50ml + coffret.jpg | Deleted | 862.74 KB |
| Broderie PARFUMS 50 ml.jpg | Deleted | 2.42 MB |
| Broderie EAU DE PARFUM 100ml.jpg | Deleted | 3.41 MB |
| Broderie 100ml.pdf | Deleted | 6.71 MB |
| Broderie 100ml + coffret.jpg | Deleted | 4.53 MB |
| BRODERIE | Deleted | |
| Fragrances Pictures -Visuels Fragrances | Deleted | |
| _DSC6191.jpg | Deleted | 1.71 MB |
| _DSC6133.jpg | Deleted | 1.98 MB |
| _DSC5994.jpg | Deleted | 1.94 MB |
| 130702 Press Kit HAYARI Couture Paris.pdf | Deleted | 2.31 MB |
| HAYARI Parfums Paris | Deleted | |
| havanasunset.jpg | Deleted | 93.55 KB |
| HavanaRooftop.jpg | Deleted | 93.55 KB |
| happynewyear15.jpg | Deleted | 197.15 KB |
| happyholidays.jpg | Deleted | 267.46 KB |
| h3.jpg | Deleted | 583.41 KB |
| h1.jpg | Deleted | 519.44 KB |
| group.jpg | Deleted | 126.85 KB |
| GROUP SHOT 2 (1).jpg | Deleted | 645.75 KB |
| Griffin_reasonably_small.jpg | Deleted | 9.55 KB |
| gq_shops_2010.pdf | Deleted | 1.48 MB |
| GQ ETAT LIBRE D'ORANGE FIN DU MONDE (3).jpg | Deleted | 103.38 KB |
| Glenlivet-STK052.jpg | Deleted | 540.47 KB |
| Glenlivet-STK019.jpg | Deleted | 578.89 KB |
| Glenlivet-STK016-1.jpg | Deleted | 0.93 MB |
| Glenlivet-Bespoke054.jpg | Deleted | 468.56 KB |
| Fragranze-007.jpg | Deleted | 67.62 KB |

3/11/2016                                           Event Details - Dropbox

| | | |
|---|---|---|
| FOUND+Sarpa.jpg | Deleted | 22.57 KB |
| FOUND+Istr.jpg | Deleted | 21.36 KB |
| Fornasetti_Giardino_Segreto.jpg | Deleted | 33.56 KB |
| Fornasetti.jpg | Deleted | 46.76 KB |
| Florals.jpg | Deleted | 105.26 KB |
| esxence-events-milano.jpg | Deleted | 11.61 KB |
| EsquireAug14.jpg | Deleted | 179.69 KB |
| ElleJapan.jpg | Deleted | 663.78 KB |
| e3e213da5ca301b21a0c7583b5c3da3a.jpg | Deleted | 104.9 KB |
| dsc_4903-1.jpg | Deleted | 131.69 KB |
| dsc_4834.jpg | Deleted | 148.61 KB |
| DSC_0693.jpeg | Deleted | 41.43 KB |
| DSC_0112-1024x682.jpg | Deleted | 127.06 KB |
| DSC_0088.JPG | Deleted | 3.18 MB |
| DSC_0085.jpg | Deleted | 1.27 MB |

« Previous | Next »

**Dropbox**
Install
Mobile
Pricing
Business
Enterprise
Tour

**About us**
Dropbox Blog
About
Branding
News
Jobs

**Support**
Help Center
Get Started
Privacy & Terms
Copyright
Contact us

**Community**
Referrals
Forum
Twitter
Facebook
Developers

English (United States)

3/11/2016                                           Event Details - Dropbox

                                                                                 Suzie Lee

## Event Details

| Name | Event | Size |
|------|-------|------|
| IMG_0198.jpg | Deleted | 1.01 MB |
| IMG_0196.jpg | Deleted | 804.57 KB |
| IMG_0195.jpg | Deleted | 758.62 KB |
| IMG_0194.jpg | Deleted | 689.72 KB |
| IMG_0193.jpg | Deleted | 0.94 MB |
| IMG_0189.jpg | Deleted | 841.39 KB |
| IMG_0188.jpg | Deleted | 1.07 MB |
| IMG_0187.jpg | Deleted | 1.11 MB |
| IMG_0185.jpg | Deleted | 0.89 MB |
| IMG_0184.jpg | Deleted | 1.3 MB |
| IMG_0182.jpg | Deleted | 899.03 KB |
| IMG_0178.jpg | Deleted | 1.01 MB |
| IMG_0177.jpg | Deleted | 0.9 MB |
| IMG_0173.jpg | Deleted | 779.9 KB |
| IMG_0171.jpg | Deleted | 846.67 KB |
| IMG_0170.jpg | Deleted | 805.76 KB |
| IMG_0166.jpg | Deleted | 607.51 KB |
| IMG_0163.jpg | Deleted | 789.57 KB |
| IMG_0160.jpg | Deleted | 642.18 KB |
| IMG_0159.jpg | Deleted | 0.95 MB |
| IMG_0158.jpg | Deleted | 703.04 KB |
| IMG_0156.jpg | Deleted | 0.96 MB |
| IMG_0155.jpg | Deleted | 1.07 MB |
| IMG_0154.jpg | Deleted | 1.14 MB |
| IMG_0153.jpg | Deleted | 627.59 KB |
| IMG_0150.jpg | Deleted | 0.89 MB |
| IMG_0149.jpg | Deleted | 0.9 MB |
| IMG_0147.jpg | Deleted | 555.82 KB |
| IMG_0146.jpg | Deleted | 805.61 KB |
| IMG_0141.jpg | Deleted | 803.64 KB |
| IMG_0140.jpg | Deleted | 496.65 KB |
| IMG_0139.jpg | Deleted | 788.83 KB |
| IMG_0138.jpg | Deleted | 687.87 KB |
| IMG_0136.jpg | Deleted | 1.24 MB |
| IMG_0134.jpg | Deleted | 891.02 KB |
| IMG_0127.jpg | Deleted | 1.05 MB |
| IMG_0124.jpg | Deleted | 840.89 KB |
| IMG_0122.jpg | Deleted | 1.24 MB |
| IMG_0119.jpg | Deleted | 1.04 MB |

3/11/2016                                         Event Details - Dropbox

| IMG_0116.jpg | Deleted | 890.12 KB |
| IMG_0114.jpg | Deleted | 1.19 MB |
| IMG_0111.jpg | Deleted | 893.21 KB |
| IMG_0110.jpg | Deleted | 0.91 MB |
| IMG_0108.jpg | Deleted | 0.98 MB |
| IMG_0107.jpg | Deleted | 703.03 KB |
| IMG_0106.jpg | Deleted | 0.98 MB |
| IMG_0105.jpg | Deleted | 778.22 KB |
| IMG_0104.jpg | Deleted | 1.17 MB |
| IMG_0103.jpg | Deleted | 0.91 MB |
| IMG_0102.jpg | Deleted | 635.85 KB |
| IMG_0101.jpg | Deleted | 1.17 MB |
| IMG_0100.jpg | Deleted | 1 MB |
| IMG_0099.jpg | Deleted | 1.07 MB |
| IMG_0097.jpg | Deleted | 1.02 MB |
| IMG_0095.jpg | Deleted | 721.85 KB |
| IMG_0093.jpg | Deleted | 707.22 KB |
| IMG_0091.jpg | Deleted | 872.72 KB |
| IMG_0090.jpg | Deleted | 1.19 MB |
| IMG_0089.jpg | Deleted | 1.06 MB |
| IMG_0088.jpg | Deleted | 718.14 KB |
| IMG_0087.jpg | Deleted | 1.17 MB |
| IMG_0083.jpg | Deleted | 741.92 KB |
| IMG_0082.jpg | Deleted | 1.1 MB |
| IMG_0079.jpg | Deleted | 892.2 KB |
| IMG_0078.jpg | Deleted | 0.91 MB |
| IMG_0077.jpg | Deleted | 0.92 MB |
| IMG_0076.jpg | Deleted | 0.88 MB |
| IMG_0074.jpg | Deleted | 795.95 KB |
| IMG_0073.jpg | Deleted | 0.93 MB |
| IMG_0072.jpg | Deleted | 0.88 MB |
| IMG_0069.jpg | Deleted | 1.23 MB |
| IMG_0065.jpg | Deleted | 762.65 KB |
| IMG_0062.jpg | Deleted | 0.94 MB |
| IMG_0060.jpg | Deleted | 1.24 MB |
| IMG_0059.jpg | Deleted | 658.54 KB |
| IMG_0058.jpg | Deleted | 1.22 MB |
| IMG_0054.jpg | Deleted | 1.29 MB |
| IMG_0053.jpg | Deleted | 652.12 KB |
| IMG_0050.jpg | Deleted | 710.69 KB |
| IMG_0046.jpg | Deleted | 1.1 MB |
| IMG_0042.jpg | Deleted | 1.05 MB |
| IMG_0036.jpg | Deleted | 1.06 MB |
| IMG_0033.jpg | Deleted | 674.28 KB |
| IMG_0032.jpg | Deleted | 462 KB |
| IMG_0028.jpg | Deleted | 443.16 KB |

3/11/2016                                    Event Details - Dropbox

| IMG_0027.jpg | Deleted | 573.9 KB |
| IMG_0026.jpg | Deleted | 858.21 KB |
| IMG_0025.jpg | Deleted | 850.01 KB |
| IMG_0024.jpg | Deleted | 655.44 KB |
| IMG_0023.jpg | Deleted | 668.76 KB |
| IMG_0022.jpg | Deleted | 438.07 KB |
| IMG_0021.jpg | Deleted | 276.86 KB |
| IMG_0016.jpg | Deleted | 627.17 KB |
| IMG_0013.jpg | Deleted | 754.97 KB |
| IMG_0011.jpg | Deleted | 704.13 KB |
| IMG_0010.jpg | Deleted | 759.13 KB |
| IMG_0009.jpg | Deleted | 562.64 KB |
| IMG_0008.jpg | Deleted | 817.71 KB |
| IMG_0006.jpg | Deleted | 801.81 KB |
| IMG_0005.jpg | Deleted | 710.15 KB |

« Previous | Next »

**Dropbox**
Install
Mobile
Pricing
Business
Enterprise
Tour

**About us**
Dropbox Blog
About
Branding
News
Jobs

**Support**
Help Center
Get Started
Privacy & Terms
Copyright
Contact us

**Community**
Referrals
Forum
Twitter
Facebook
Developers

English (United States)

3/11/2016                                    Event Details - Dropbox

                                                                      

## Event Details

| Name | Event | Size |
|------|-------|------|
| MIN 84.jpg | Deleted | 1.62 MB |
| MIN 83.jpg | Deleted | 1.66 MB |
| MIN 82.jpg | Deleted | 1.06 MB |
| MIN 81.jpg | Deleted | 1.32 MB |
| MIN 80.jpg | Deleted | 1.38 MB |
| MIN 8.jpg | Deleted | 520.57 KB |
| MIN 79.jpg | Deleted | 1.19 MB |
| MIN 78.jpg | Deleted | 0.93 MB |
| MIN 77.jpg | Deleted | 0.93 MB |
| MIN 76.jpg | Deleted | 1.43 MB |
| MIN 75.jpg | Deleted | 1.38 MB |
| MIN 74.jpg | Deleted | 1.63 MB |
| MIN 73.jpg | Deleted | 1.41 MB |
| MIN 72.jpg | Deleted | 2.34 MB |
| MIN 71.jpg | Deleted | 2.07 MB |
| MIN 7.jpg | Deleted | 0.91 MB |
| MIN 69.jpg | Deleted | 2.48 MB |
| MIN 68.jpg | Deleted | 1.98 MB |
| MIN 67.jpg | Deleted | 1.88 MB |
| MIN 66.jpg | Deleted | 1.9 MB |
| MIN 63.jpg | Deleted | 1.76 MB |
| MIN 61.jpg | Deleted | 1.82 MB |
| MIN 6.jpg | Deleted | 778.96 KB |
| MIN 57.jpg | Deleted | 1.54 MB |
| MIN 56.jpg | Deleted | 1.12 MB |
| MIN 55.jpg | Deleted | 1.16 MB |
| MIN 54.jpg | Deleted | 1.72 MB |
| MIN 53.jpg | Deleted | 1.65 MB |
| MIN 52.jpg | Deleted | 1.29 MB |
| MIN 51.jpg | Deleted | 1.25 MB |
| MIN 50.jpg | Deleted | 1.06 MB |
| MIN 5.jpg | Deleted | 810.61 KB |
| MIN 49.jpg | Deleted | 1.06 MB |
| MIN 48.jpg | Deleted | 1.15 MB |
| MIN 47.jpg | Deleted | 896.9 KB |
| MIN 46.jpg | Deleted | 775.78 KB |
| MIN 45.jpg | Deleted | 1.47 MB |
| MIN 44.jpg | Deleted | 1.33 MB |
| MIN 43.jpg | Deleted | 2.11 MB |

3/11/2016                                          Event Details - Dropbox

| | | |
|---|---|---|
| MIN 42.jpg | Deleted | 1.72 MB |
| MIN 41.jpg | Deleted | 1.26 MB |
| MIN 40.jpg | Deleted | 1.55 MB |
| MIN 4.jpg | Deleted | 840.85 KB |
| MIN 39.jpg | Deleted | 1.29 MB |
| MIN 38.jpg | Deleted | 1.28 MB |
| MIN 37.jpg | Deleted | 1.49 MB |
| MIN 36.jpg | Deleted | 1.51 MB |
| MIN 35.jpg | Deleted | 1.05 MB |
| MIN 34.jpg | Deleted | 1.33 MB |
| MIN 33.jpg | Deleted | 1.56 MB |
| MIN 32.jpg | Deleted | 1.34 MB |
| MIN 31.jpg | Deleted | 1.49 MB |
| MIN 30.jpg | Deleted | 1.33 MB |
| MIN 3.jpg | Deleted | 0.96 MB |
| MIN 29.jpg | Deleted | 1.37 MB |
| MIN 27.jpg | Deleted | 1.88 MB |
| MIN 26.jpg | Deleted | 1.66 MB |
| MIN 25.jpg | Deleted | 1.64 MB |
| MIN 24.jpg | Deleted | 1.03 MB |
| MIN 23.jpg | Deleted | 1.23 MB |
| MIN 22.jpg | Deleted | 0.94 MB |
| MIN 21.jpg | Deleted | 1.17 MB |
| MIN 20.jpg | Deleted | 1.19 MB |
| MIN 2.jpg | Deleted | 1.13 MB |
| MIN 19.jpg | Deleted | 1.49 MB |
| MIN 18.jpg | Deleted | 847.13 KB |
| MIN 17.jpg | Deleted | 1.5 MB |
| MIN 16.jpg | Deleted | 1.76 MB |
| MIN 15.jpg | Deleted | 1.84 MB |
| MIN 14.jpg | Deleted | 1.52 MB |
| MIN 13.jpg | Deleted | 1.38 MB |
| MIN 12.jpg | Deleted | 700.28 KB |
| MIN 11.jpg | Deleted | 834.8 KB |
| MIN 102.jpg | Deleted | 1.19 MB |
| MIN 101.jpg | Deleted | 1.45 MB |
| MIN 100.jpg | Deleted | 1.22 MB |
| MIN 10.jpg | Deleted | 652.55 KB |
| MIN 1.jpg | Deleted | 872.79 KB |
| MilanInvite.jpg | Deleted | 415.21 KB |
| MERKUR RAZOR.jpg | Deleted | 19.95 KB |
| Men's Grooming.jpg | Deleted | 31.09 KB |
| members_only_casa_blanca_limited_edition_..._new_york.jpg | Deleted | 23.06 KB |
| map.jpg | Deleted | 50.3 KB |
| ManSoap.pdf | Deleted | 2.69 MB |
| manly-candles-min-630x420.jpg | Deleted | 10.81 KB |

3/11/2016                                  Event Details - Dropbox

| | | |
|---|---|---|
| mancera_wind_wood.jpg | Deleted | 415.26 KB |
| MagicCircusInvite.jpg | Deleted | 513.11 KB |
| madhatter.jpg | Deleted | 202.26 KB |
| _DSC8126.jpg | Deleted | 1.65 MB |
| _DSC8109.jpg | Deleted | 1.59 MB |
| _DSC8103.jpg | Deleted | 1.44 MB |
| _DSC8101.jpg | Deleted | 1.41 MB |
| _DSC8094.jpg | Deleted | 1.56 MB |
| _DSC8093.jpg | Deleted | 1.83 MB |
| _DSC8072.jpg | Deleted | 1.79 MB |
| _DSC8050.jpg | Deleted | 1.8 MB |
| _DSC8010.jpg | Deleted | 2.07 MB |
| _DSC8009.jpg | Deleted | 1.82 MB |
| _DSC8000.jpg | Deleted | 1.84 MB |
| _DSC7996.jpg | Deleted | 2.23 MB |

« Previous | Next »

**Dropbox**
Install
Mobile
Pricing
Business
Enterprise
Tour

**About us**
Dropbox Blog
About
Branding
News
Jobs

**Support**
Help Center
Get Started
Privacy & Terms
Copyright
Contact us

**Community**
Referrals
Forum
Twitter
Facebook
Developers

English (United States)

3/11/2016                                                Event Details - Dropbox

                                                                                     Suzie Lee

## Event Details

| Name | Event | Size |
|------|-------|------|
| DSC_0362.JPG | Deleted | 3.4 MB |
| DSC_0357.JPG | Deleted | 1.78 MB |
| DSC_0355.JPG | Deleted | 4.06 MB |
| DSC_0351.JPG | Deleted | 3.43 MB |
| DSC_0348.jpg | Deleted | 3.34 MB |
| DSC_0347.jpg | Deleted | 3.88 MB |
| DSC_0346.JPG | Deleted | 3.45 MB |
| DSC_0345.JPG | Deleted | 3.12 MB |
| DSC_0340.JPG | Deleted | 2.35 MB |
| DSC_0338.JPG | Deleted | 3.72 MB |
| DSC_0336.JPG | Deleted | 4.11 MB |
| DSC_0330.JPG | Deleted | 6.11 MB |
| DSC_0325.JPG | Deleted | 3.75 MB |
| DSC_0324.JPG | Deleted | 3.9 MB |
| DSC_0316.JPG | Deleted | 2.46 MB |
| DSC_0305.JPG | Deleted | 3.83 MB |
| DSC_0303.JPG | Deleted | 4.19 MB |
| DSC_0289.JPG | Deleted | 3.08 MB |
| DSC_0288.JPG | Deleted | 2.03 MB |
| DSC_0260.JPG | Deleted | 4.13 MB |
| DSC_0258.JPG | Deleted | 4.5 MB |
| DSC_0253.jpg | Deleted | 4.35 MB |
| DSC_0249.JPG | Deleted | 4.05 MB |
| DSC_0238.JPG | Deleted | 3.39 MB |
| DSC_0236.JPG | Deleted | 3.47 MB |
| DSC_0223.JPG | Deleted | 3.5 MB |
| DSC_0222.JPG | Deleted | 4.64 MB |
| DSC_0218.JPG | Deleted | 4.94 MB |
| DSC_0216.jpg | Deleted | 4.28 MB |
| DSC_0214.JPG | Deleted | 3.43 MB |
| DSC_0210.JPG | Deleted | 3.41 MB |
| DSC_0208.JPG | Deleted | 4.35 MB |
| DSC_0205.JPG | Deleted | 4.38 MB |
| DSC_0204.JPG | Deleted | 3.55 MB |
| DSC_0198.JPG | Deleted | 3.81 MB |
| DSC_0197.JPG | Deleted | 3.93 MB |
| DSC_0192.JPG | Deleted | 4.61 MB |
| DSC_0189.jpg | Deleted | 3.91 MB |
| DSC_0188.jpg | Deleted | 3.96 MB |