UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
SALONCLICK LLC,

         Plaintiff,                16 Civ. 2555 (KMW)(AJP)

    -against-

                                **ORDER OF DISMISSAL ON CONSENT**

SUPEREGO MANAGEMENT LLC, et al.,

         Defendants.
------------------------------------- x

**ANDREW J. PECK, United States Magistrate Judge:**

        Based on the settlement agreement reached by all parties dated June 6, 2017, IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs. Any pending motions are to be terminated as moot and all conferences are cancelled.

        SO ORDERED.

DATED:     New York, New York
               June 9, 2017

                                                  _____
                                                  **Andrew J. Peck**
                                                  United States Magistrate Judge

Copies **ECF** to:       All Counsel
                             Judge Wood

C:\ORD\DISMISS